# EXHIBIT B

9/6/2018 Rapper Bobby Shmurda's Brooklyn gun possession charge officially becomes part of conspiracy case - NY Daily News

Case 3:18-cv-01734-NJR-MAB Document 1-2 Filed 09/17/18 Page 2 of 9 PageID #11

| TOPICS | SUBSCRIBE 8 weeks for only 99¢ |  LOG IN |

TRIAL OFFER | **8 weeks for 99¢**

| Black teenager riding home from church with white grandmother handcuffed in…  | Matt Barnes gets restraining order against 'Basketball Wives' star Gloria Govan wi… |  State Senate candidate Julia Salazar battled ex-wife of Met Keith Hernandez ove… |

ADVERTISEMENT

NYC CRIME    NEW YORK

# Rapper Bobby Shmurda's Brooklyn gun possession charge officially becomes part of conspiracy case

By OREN YANIV
NEW YORK DAILY NEWS  |  FEB 24, 2015

  

9/6/2018 Rapper Bobby Shmurda's Brooklyn gun possession charge officially becomes part of conspiracy case - NY Daily News

Case 3:18-cv-01734-NJR-MAB Document 1-2 Filed 09/17/18 Page 3 of 9 Page ID #12



Ackquille Pollard, better known as rapper Bobby Shmurda, was in Brooklyn Supreme Court Tuesday to learn his gun case was officially made part of another indictment in Manhattan. (Jesse Ward/for New York Daily News)

 

Bobby Shmurda's Brooklyn gun case was dismissed Tuesday — but that's not necessarily good news for the rising star rapper.

The weapon possession charges he was accused of became part of a more serious conspiracy indictment filed last December in Manhattan.

inRead invented by Teads

9/6/2018 Rapper Bobby Shmurda's Brooklyn gun possession charge officially becomes part of conspiracy case - NY Daily News

Case 3:18-cv-01734-NJR-MAB   Document 1-2   Filed 09/17/18   Page 4 of 9   PageID #13

ADVERTISEMENT

They represent the most direct evidence against the 20-year-old hip hop phenom, who prosecutors described as the "driving force" behind a street crew called GS9 that was allegedly responsible for shootings and drug sales.

He was arrested with a pal in June 2014 after cops saw him holding a pistol inside an East Flatbush apartment, and he then tried to stuff the 9-mm. Glock between cushions of a couch, court documents allege.

PAID POST                                              What's This?



### See how Grand Rapids' infrastructure can do the heavy lifting.

A message from MEDC

At the Gerald R. Ford International Airport, cargo airlines transport more than 40,000 tons of air cargo annually.

SEE MORE

That incident "is incorporated into the indictment (by the office of the Special Narcotics Prosecutor) so we're moving to dismiss," assistant district attorney Melissa Cardinale said in Brooklyn Supreme Court.

The move is technical and meant to avoid double jeopardy.

Just over a month after the Brooklyn bust, while out on a $10,000 bail, Epic Records signed Shmurda - real name Ackquille Pollard - to a seven-figure deal.

His "Shmoney Dance" has become a viral sensation and his hit "Hot Boy" reached No. 6 on the Billboard chart and garnered close to 1 million downloads.



Bobby Shmurda arrives at Power 105.1's Powerhouse 2014 at Barclays Center in Brooklyn in 2014. (Scott Roth/Invision/AP)

 

But it all came crashing down with the conspiracy indictment, for which he's facing up to 25 years to life in prison and was locked up on a $2 million bail.

Defense lawyer Kenneth Montgomery called the exuberant bail amount "absolutely ridiculous" and contested the allegation his client led any gang.

"This is a glorified case and they have to follow their cheese," he said of prosecutors. "This is what we're fighting."

9/6/2018 Rapper Bobby Shmurda's Brooklyn gun possession charge officially becomes part of conspiracy case - NY Daily News

Case 3:18-cv-01734-NJR-MAB Document 1-2 Filed 09/17/18 Page 6 of 9 Page ID #15

Shmurda, hands shackled behind his back and wearing a dark-gray sweat suit, looked behind him during the hearing as if to find relatives in the thin courtroom crowd. There were only a number of young strangers in the audience who nodded and smiled in recognition of the up-and-coming star.

Montgomery said Shmurda is trying to keep his head high behind bars while still hoping to make bail.

"I think he is resilient and I think he's trying to survive," the lawyer said.

oyaniv@nydailynews.com

## The Daily News Flash Newsletter
Weekdays

Catch up on the day's top five stories every weekday afternoon.

ENTER YOUR EMAIL ADDRESS

**Stephon Marbury Just Made History In China**
SportsChew

**7 Reasons Why People Are Buying Tecovas Boots**
Tecovas

**New York Launches No-Cost Solar Program in Brooklyn**
Estimates.Solar Quotes

*Sponsored Links*

## You May Like

**Cardiologist: "This Is What Happens When You Eat A Steak"**
Gundry MD

**Avoid Embarrassing Work Mistakes With This Grammar Checking App**

9/6/2018    Rapper Bobby Shmurda's Brooklyn gun possession charge officially becomes part of conspiracy case - NY Daily News

Case 3:18-cv-01734-NJR-MAB   Document 1-2   Filed 09/17/18   Page 7 of 9   Page ID #16

Grammarly

Sponsored Links

**Bride In Tears As Groom Confesses Love For Another**
DailyChoices

**US Obesity Doctor Reveals the No.1 Worst Carb You're Eating**
Nucific

**The Golf Wedge Earning Serious Praise From Golfers**
Square Strike Wedge Golf

Sponsored Links

 **Recommended For You**

**Chris Berman's wife was served alcohol despite being drunk ahead of crash, lawsuit claims**

**California student arrested for stealing MAGA hat from classmate, slapping teacher**

93° New York City, NY    More

 Sponsored Links by Taboola

**The Facial That Celebrities Say Takes 10 Years Off Your Face**
Marie Claire | Hanacure

**3 Ways Your Dog Asks For Help**
Dr. Marty

**New Luxury Cars With Amazing Interior Features**
Auto Enthusiast | Sponsored Links

**These Sedans Are The Cream Of The Crop!**
Yahoo Search

Sponsored Links

9/6/2018 Rapper Bobby Shmurda's Brooklyn gun possession charge officially becomes part of conspiracy case - NY Daily News

Case 3:18-cv-01734-NJR-MAB Document 1-2 Filed 09/17/18 Page 8 of 9 Page ID #17

ADVERTISEMENT

## LATEST

**NYC CRIME**

**Freight train severs elderly woman's foot after she wanders disoriented into Brooklyn tunnel**

1:30 AM



**NYC CRIME**

**Tip leads cops to parolee accused of slashing Brooklyn hospital worker's face**

SEP 5, 2018



**NYC CRIME**

**Manhattan gallery owner Mary Boone must pay IRS $3M after pleading guilty to filing false tax returns**

SEP 5, 2018



**NYC CRIME**

**'Silver or gold can't replace this' — Andre Neverson's arrest brings closure to family of one of his alleged murder victims**

SEP 5, 2018



**NEW YORK**

**Mugger who brutally beat 61-year-old woman on Lower East Side gets nine years behind bars**

SEP 5, 2018



## You May Like

Sponsored Links by Taboola

**How To Pay Off Your House Asap (So Simple It's Unbelievable)**
LowerMyBills

**Diddy's Twin Girls Are All Grown Up & Look Gorgeous**
Finance Nancy

9/6/2018 Rapper Bobby Shmurda's Brooklyn gun possession charge officially becomes part of conspiracy case - NY Daily News

Case 3:18-cv-01734-NJR-MAB Document 1-2 Filed 09/17/18 Page 9 of 9 Page ID #18

**The One WD40 Trick Everyone Should Know About**
Boredom Therapy

**Drivers who switch save an average of $668 on car insurance.**
Progressive

ADVERTISEMENT

Download our mobile app

Subscribe for unlimited access

Contact Us
Site Map
Place an Ad
Contests
BestReviews
The Daily Meal
Privacy Policy

Careers
Feeds
Media Kit
Special Sections
Manage Subscription
The Active Times
Terms of Service

   

Copyright © 2018, New York Daily News