# EXHIBIT C

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Karyn Temple Claggett*

Acting United States Register of Copyrights and Director

**Registration Number**
**VA 2-079-495**
**Effective Date of Registration:**
December 19, 2017

## Title

**Title of Work:** Group Registration of Published Photographs; Jesse Ward 2015; all published 1/02/2015-12/31/2015; 277 photos

**Content Title:** Ward_Grimm will resign_1.2.15.jpg

Ward_At Brooklyn and Manhattan criminal court_1.7.15.jpg
Ward_Judge Vincent Del Giudice_1.7.15.jpg

Ward_Robinson_1.8.15.jpg

Ward_Derrick Hamilton was officially exonerated_1.9.15.jpg

Ward_ Ray Kelly_1.11.15.jpg

Ward_Sharrif Wilson_1.12.15.jpg

Ward_Weinberg_1.15.15.jpg

Ward_Charles Hynes_1.16.15.jpg

Ward_ Patrick Lynch_1.17.15.jpg
Ward_Justice Dineen Riviezzo_1.17.15.jpg

Ward_Barry Kamins_1.20.15.jpg

Ward_Attorney Scott Rynecki, with his client Kimberly Ballinger, and Hortence Peterson_1.21.15.jpg
Ward_Derrick Hamilton_1.21.15.jpg

Ward_A family photo of Omar Rendon_1.25.15.jpg

Ward_You can catch some air on a flying saucer_1.26.15.jpg

Ward_Carmen Matias_1.27.15.jpg

Ward_Big Ang_2.2.15.jpg
Ward_Joseph Silverstein_2.2.15.jpg
Ward_Julio Acevedo_2.2.15.jpg
Ward_Scott Brettschneider_2.2.15.jpg

Ward_Police Officer Joel Edouard_2.3.15.jpg

Ward_ Lawrence Oh_2.9.15.jpg
Ward_Jason Jordan_2.9.15.jpg
Ward_Jason Jordan1_2.9.15.jpg
Ward_Lawrence Oh shows door interlock system_2.9.15.jpg
Ward_Lawrence Oh shows the actual elevator floor where Debra Jordan's leg and wrist were crushed_2.9.15.jpg
Ward_Lawrence Oh shows the actual elevator floor_2.9.15.jpg
Ward_Sabrina Thanse_2.9.15.jpg

Ward_Ramsey Orta_2.10.15.jpg

Ward_Richard Palase_2.11.15.jpg

Ward_ Peter Liang_2.12.15.jpg
Ward_Federal Magistrate Nicholas Garaufis_2.12.15.jpg

Ward_Ackquille Pollard, better known as rapper Bobby Shmurda_2.24.15.jpg

Ward_Christen (Ninee) Dale_2.27.15.jpg

Ward_Ariann Mercurius_3.5.15.jpg
Ward_Reyes_3.5.15.jpg
Ward_Vincent Adeyeye_3.5.15.jpg

Ward_ Vincent Del Giudice_3.10.15.jpg
Ward_Ariann Mercurius_3.10.15.jpg
Ward_Vincent Adeyeye_3.10.15.jpg
Ward_Vincent Adeyeye1_3.10.15.jpg

Ward_Diana Durand_3.11.15.jpg

Ward_Joscelyn Evering_3.12.15.jpg

Ward_Carol Amon_3.16.15.jpg
Ward_Chief Investigator John Bilich_3.16.15.jpg
Ward_Ginsburg_3.16.15.jpg
Ward_Ruth Bader Ginsburg holds up a T-shirt _3.16.15.jpg

Ward_Diana Durand_3.17.15.jpg

Ward_Antwon Dennis_3.18.15.jpg
Ward_Tairod Nathan Webster Pugh is shown in this courtroom sketch_3.18.15.jpg
Ward_Yehuda Katz_3.18.15.jpg

ard_Brian McNamee _3.19.15.jpg
Ward_Darius Fletcher, a 21-year old senior at William Patterson University in New Jersey, died along with three friends_3.19.15.jpg

Ward_Rex Maralit and his wife Sharon_3.27.15.jpg
Ward_Wilfredo Maralit, Rex's brother _3.27.15.jpg

Ward_John Palazzolo_3.28.15.jpg
Ward_John Palazzolo1_3.28.15.jpg

Ward_Kenneth Thompson_3.31.15.jpg
Ward_Kirill Shakhov_3.31.15.jpg
Ward_Shawn May_3.31.15.jpg

Ward_Harry Mingo 4.2.15.jpg

Ward_Louis Scarcella 4.3.15.jpg

Ward_coney island houses 4.6.15.jpg
Ward_makeshift memorial coney island 4.6.15.jpg
Ward_malfunctioning hoist 4.6.15.jpg

Ward_Carol Simon tshirt 4.8.15.jpg

Ward_Ralph Mastrantonio 4.9.15.jpg

Ward_Hargrave family 4.14.15.jpg
Ward_Rosean Hargrave 4.14.15.jpg
Ward_Rosean Hargrave hugs 4.14.15.jpg
Ward_Rosean Hargrave released 4.14.15.jpg
Ward_Rosean Hargrave vehicle 4.14.15.jpg
Ward_ShawnDya Simpson 4.14.15.jpg

Ward_Ryan Westfield 4.24.15.jpg

Ward_de Blasio 4.30.15.jpg

Ward_Jones and Santiago 5.4.15.jpg
Ward_Jones attorney 5.4.15.jpg

Ward_Anucha Browne Sanders 5.5.15.jpg
Ward_Avroham Gross 5.5.15.jpg

Ward_Coney island houses 5.6.15.jpg
Ward_mayor de blasio 5.6.15.jpg

Ward_Anucha Browne 5.7.15.jpg

Ward_Debra Baum 5.11.15.jpg
Ward_Marie-Clause Wrenn 5.11.15.jpg
Ward_Tyrone Baum tshirt 5.11.15.jpg

Ward_Andre Cerbone 5.13.15.jpg
Ward_Anthony Cerbone 5.13.15.jpg
Ward_Joseph Cerbone 5.13.15.jpg

Ward_Area Kids door 5.14.15.jpg
Ward_brooklyn protesters 5.14.15.jpg
Ward_Clinton Santana 5.14.15.jpg
Ward_George Chamoun 5.14.15.jpg
Ward_Peter Liang 5.14.15.jpg
Ward_Stephanie de la Rosa 5.14.15.jpg

Ward_Frank Pontillo 5.17.15.jpg

Ward_Shytuan Breazil 5.19.15.jpg

Ward_Nakwon Foxworth 5.21.15.jpg
Ward_Peter Liang 5.21.15.jpg

Ward_Joseph Hayon 5.22.15.jpg
Ward_Joseph Hayon2 5.22.15.jpg

Ward_Brooklyn police investigate 5.23.15.jpg

Ward_Kevin Egan 5.23.15.jpg

Ward_Jim Slevin 5.27.15.jpg
Ward_Rosemarie Guilford 5.27.15.jpg

Ward_Phillip Estevez 6.1.15.jpg

Ward_Kenya Edmonds 6.2.15.jpg
Ward_Kenya Edmonds and daughter 6.2.15.jpg
Ward_Sandra Price 6.2.15.jpg

Ward_Jesse Friedman 6.3.15.jpg
Ward_Joel Edouard 6.3.15.jpg

Ward_Phillip Barry 6.4.15.jpg

Ward_Eryc Ford 6.7.15.jpg
Ward_Valeria Beza 6.7.15.jpg

Ward_Jack Weinstein 6.8.15.jpg

Ward_Samual and Maycik 6.9.15.jpg
Ward_Tayloni Maycik 6.9.15.jpg
Ward_Tayloni Maycik2 6.9.15.jpg

Ward_Priscilla Hand 6.12.15.jpg
Ward_Rosa Fonerin 6.12.15.jpg

Ward_parking 6.22.15.jpg
Ward_Wei Qun Chen 6.22.15.jpg

Ward_Nicholas Garaufis 6.23.15.jpg
Ward_Westboro 6.23.15.jpg

Ward_Peter Liang 6.24.15.jpg

Ward_Dean Obeidallah 6.25.15.jpg
Ward_Negin Farsad 6.25.15.jpg

Ward_coalition 6.26.15.jpg
Ward_Dorinda Pannell 6.26.15.jpg
Ward_NY protestors 6.26.15.jpg
Ward_Shabaka Shakur 6.26.15.jpg

Ward_Jason Braithwaite 6.29.15.jpg

Ward_Barber candles 7.7.15.jpg
Ward_Barber candles2 7.7.15.jpg

Ward_Melba Johnson 7.9.15.jpg
Ward_Warren Taylor 7.9.15.jpg

Ward_Genevieve Killiebrew 7.10.15.jpg
Ward_Lawrence Jones 7.10.15.jpg

Ward_Chariza Morrison2 7.13.15.jpg
Ward_Chazima Morrison 7.13.15.jpg
Ward_Peter Liang 7.13.15.jpg

Ward_Dante Newman 7.21.15.jpg



Ward_Kenley Jovin 7.21.15.jpg
Ward_Thomas Jennings 7.21.15.jpg

Ward_Bobby Shmurda 7.22.15.jpg

ward_Dorota Trec 7.23.15.jpg
Ward_Thomas Jennings 7.23.15.jpg
Ward_Thomas Jennings2 7.23.15.jpg

Ward_Hassan Razzaq 7.24.15.jpg

Ward_Oliver Wiggins 7.28.15.jpg

Ward_Hassan Razzaq 7.31.15.jpg

Ward_Firetruck door 8.4.15.jpg
Ward_Jessica Aguila 8.4.15.jpg
Ward_KME Rigs handles 8.4.15.jpg
Ward_Pedro Rosales 8.4.15.jpg
Ward_Sandra Amezquita 8.4.15.jpg
Ward_Thumb1 8.4.15.jpg
Ward_Thumb2 8.4.15.jpg
Ward_Thumb3 8.4.15.jpg

Ward_Joel Fowler 8.5.15.jpg

Ward_Madeline Murray 8.11.15.jpg

Ward_Delfin Lantigua 8.12.15.jpg

Ward_Jack Weinstein 8.14.15.jpg
Ward_Scott Weinfeld 8.14.15.jpg

Ward_Doreen Giuliano 8.20.15.jpg
Ward_Doreen Giuliano2 8.20.15.jpg
Ward_Jorge Garcia 8.20.15.jpg

Ward_Thomas Stephens and Keturah Tribble 8.23.15.jpg

Ward_Jeffrey Hurant 8.25.15.jpg

Ward_Hassan Razzaq 8.29.15.jpg

Ward_Ruddy Quezada 8.31.15.jpg

Ward_Ruddy Quezada 9.1.15.jpg

Ward_Luis Perez 9.9.15.jpg

Ward_Howard Leventhal 9.11.15.jpg
Ward_Maya Berg 9.11.15.jpg

Ward_Charles Centaro 9.15.15.jpg

Ward_Alejandro Burzaco 9.18.15.jpg
Ward_Providence Hogan 9.18.15.jpg

Ward_David Karnauch 9.21.15.jpg

Ward_Family members 9.24.15.jpg

Ward_NYPD Car 9.24.15.jpg

Ward_Blackwood family members 9.28.15.jpg
Ward_Ed Blackwood 9.28.15.jpg

Ward_Akaila Gurley 9.29.15.jpg
Ward_David Carter 9.29.15.jpg
Ward_David Carter2 9.29.15.jpg
Ward_Kimberly Ballinger 9.29.15.jpg
Ward_Peter Liang 9.29.15.jpg

Ward_Cecile Davidson 9.30.15.jpg
Ward_Newtown Creek 9.30.15.jpg
Ward_pollution plant 9.30.15.jpg
Ward_toxic waste 9.30.15.jpg

Ward_Danclair 10.7.15.jpg
Ward_family in courtroom 10.7.15.jpg
Ward_Mingdong Chen 10.7.15.jpg

Ward_Houdini grave 10.12.15.jpg

Ward_Clarkson Ave building 10.13.15.jpg
Ward_Dianna Sapp 10.13.15.jpg

Ward_Guns 10.14.15.jpg
Ward_Ken Thompson 10.14.15.jpg
Ward_Wendall Walters2 10.14.15.jpg
Ward_Wendell Walters 10.14.15.jpg

Ward_Joseph Danclair 10.17.15.jpg
Ward_victims family 10.17.15.jpg

Ward_Albert Baldeo 10.20.15.jpg
Ward_Blanche O'Neil 10.20.15.jpg
Ward_Fat Sammy 10.20.15.jpg
Ward_Hong Jin Zhuo 10.20.15.jpg
Ward_Ming Dong Chen 10.20.15.jpg

Ward_Fat Sammy 10.22.15.jpg

Ward_Kelsey Smith 10.23.15.jpg

Ward_Abdulkader Kassem Elchoum 10.27.15.jpg
Ward_Frederic Block 10.27.15.jpg
Ward_Joshua Simser 10.27.15.jpg
Ward_Maria Sanchez 10.27.15.jpg
Ward_Pedro Sanchez 10.27.15.jpg

Ward_Ramadan 10.28.15.jpg

Ward_Kenyatte Hughs 10.29.15.jpg
Ward_Kenyatte Hughs2 10.29.15.jpg

Ward_Angel Rosario 10.30.15.jpg
Ward_John Zaffarano 10.30.15.jpg

Ward_Steve Whittingham 11.2.15.jpg



Ward_Government exhibit 11.4.15.jpg

Ward_Richard Palase 11.5.15.jpg

Ward_Daquan Breland 11.6.15.jpg
Ward_Kelsey Smith 11.6.15.jpg
Ward_Kimberly Torres 11.6.15.jpg

Ward_Bill de Blasio 11.10.15.jpg
Ward_Bill de Blasio protestors 11.10.15.jpg
Ward_no lovin it 11.10.15.jpg

Ward_Peter Liang 11.12.15.jpg

Ward_Darius McCollum 11.13.15.jpg
Ward_Richmond Hill home 11.13.15.jpg

Ward_Giuca 11.17.15.jpg
Ward_John Avitto 11.17.15.jpg
Ward_John Avitto testify 11.17.15.jpg
Ward_John Giuca 11.17.15.jpg
Ward_Kevin Canty 11.17.15.jpg
Ward_Lisa Caccavale 11.17.15.jpg
Ward_Nancy and Michael Fisher 11.17.15.jpg

Ward_Yehuda Katz 11.18.15.jpg

Ward_Charles Hynes 11.20.15.jpg
Ward_John Avitto 11.20.15.jpg
Ward_John Giuca 11.20.15.jpg
Ward_Thomas Burns 11.20.15.jpg
Ward_vecchione 11.20.15.jpg

Ward_Kareem Thomas 11.21.15.jpg

Ward_Anna-Sigga Nicolazzi 11.24.15.jpg
Ward_Anna-Sigga Nicolazzi testify 11.24.15.jpg
Ward_Giuce supporters 11.24.15.jpg
Ward_Stephen Haberstroh 11.24.15.jpg

Ward_Batten 12.1.15.jpg
Ward_Floyd Batten 12.1.15.jpg
Ward_Malique Young 12.1.15.jpg

Ward_John Hockenjos 12.2.15.jpg

Ward_Joshua Simser 12.4.15.jpg
Ward_Maria Sanchez 12.4.15.jpg
Ward_Tanisha Sanchez-Crawford 12.4.15.jpg

Ward_Claudette McBean 12.7.15.jpg
Ward_Hong Yang 12.7.15.jpg
Ward_Kimberly Ballinger 12.7.15.jpg
Ward_Marlon Sewell 12.7.15.jpg

Ward_Federal Marshalls 12.9.15.jpg
Ward_Pierre Celestine 12.9.15.jpg

Ward_Feby Torres 12.12.15.jpg

Ward_Lance Stephenson 12.12.15.jpg

Ward_John Franzese 12.13.15.jpg

Ward_Kimy Hartman 12.14.15.jpg
Ward_Nissan Benshitrit 12.14.15.jpg

Ward_Joshua Knox 12.16.15.jpg

Ward Taj Patterosn 12.19.15.jpg

Ward_Marianne Bertuna 12.22.15.jpg

Ward_Daniel Darby 12.30.15.jpg
Ward_James Hayden 12.30.15.jpg
Ward_Kimy Hartman 12.30.15.jpg
Ward_Merci Chrisette 12.30.15.jpg

Ward_building12.31.15.jpg

## Completion/Publication

        Year of Completion:  2015
    Date of 1st Publication:  January 02, 2015
  Nation of 1st Publication:  United States

## Author

                 Author:  Jesse Ward
          Author Created:  photograph
       Work made for hire:  No
            Domiciled in:  United States

## Copyright Claimant

    Copyright Claimant:  Jesse Ward
                          3255 Shore Parkway, Apt. 3H, Brooklyn, NY, 11235, United States

## Certification

                  Name:  Richard Liebowitz
                   Date:  December 19, 2017



**Registration #:**   VA0002079495
**Service Request #:**   1-6118618701

Richard Liebowitz
11 Sunrise Plaza
Suite 305
Valley Stream, NY 11580 United States

