# EXHIBIT D



# [Consequence of Sound](...)

Menu

- [News](...)
  - [Tour Dates](...)
  - [Festival News and Rumors](...)
  - [Late Night Performances](...)
  - [Trending Artists](...)
  - [Genres](...)
    - [Rock Music](...)
    - [Alternative Rock](...)
    - [Classic Rock](...)
    - [Indie](...)
    - [Rap/Hip-hop](...)
    - [Pop Music](...)
    - [EDM](...)
- [Music](...)
  - [New Music](...)
  - [Music Videos](...)
  - [Top Songs](...)
  - [Top Songs of the Month](...)
  - [Album Streams](...)
  - [Upcoming Releases](...)
  - [CoSigns](...)
- [Film](...)
  - [Film News](...)
  - [Top Performances](...)
  - [Comics to Screen](...)
  - [A Most Horrific Year](...)
- [TV](...)
  - [TV News](...)
  - [Top Episodes](...)
- [Reviews](...)
  - [Album Reviews](...)
  - [Film Reviews](...)
  - [TV Reviews](...)
  - [Festival Reviews](...)
  - [Concert Reviews](...)
- [Features](...)
  - [Anniversaries](...)
  - [Cover Stories](...)
  - [Editorials](...)
  - [Festival Hype](...)
  - [Interviews](...)
  - [Lists](...)
  - [Rankings](...)
- [Podcasts](...)
  - [Consequence of Sound](...)
  - [Discography](...)
  - [Filmography](...)
  - [Halloweenies](...)
  - [Kyle Meredith With…](...)
  - [The Losers' Club](...)
  - [State of the Empire](...)
  - [This Must Be the Gig](...)
  - [TV Party](...)

- Staff Lists
  - Annual Report 2017
  - Decades
  - Top 100 Albums
  - Top 100 Songs
  - Top 100 Singers
  - Top 100 Music Venues
  - Best of the 2000s
- Store

- Heavy
- Festival Outlook
- Videos

**Log In or Sign Up**

Email Password

Forget password?
Login
Sign In With Facebook Sign Up With Email
Search Press EnterPress Escape to CloseClick to Search Search



# News
The No. 1 Source For Breaking Music and Film Headlines

# Bobby Shmurda accepts plea deal, will serve years in prison

## Brooklyn rapper pleads guilty to weapons charges relating to a murder conspiracy case

by Alex Young
on September 09, 2016, 2:29pm
3 comments



**Share this:**

- Facebook
- Twitter
- Tumblr
- Reddit

Rapper Bobby Shmurda will serve seven years in prison after pleading guilty in a murder conspiracy case.

Shmurda, a 22-year-old Brooklyn native born Ackquille Jean Pollard, was arrested in December 2014 on a litany of charges, including conspiracy to commit murder, reckless endangerment, and drug and gun possession. New York City police accused Shmurda of being "the driving force" behind a street gang called GS9, which had been involved in a wave of shootings. Shmurda frequently rapped about drug-dealing, violence, and even murder, which police said were "almost like a real-life document of what they were doing on the street." While Shmurda himself admitted that his songs were based on real-life experiences, a New Jersey Supreme Court judge did not allow his lyrics to be admissible in court.

With the trial set to begin next Monday, Shmurda opted to accept a plea deal. Under the terms of the deal, Shmurda pled guilty to possession of a weapon and conspiracy to possess a weapon (the other charges were dropped). He will not be allowed to appeal, but will get credit for time served — nearly two years at this point — leaving five years remaining on his sentence. Following his release from prison, he'll be on probation for five additional years.

## AROUND THE WEB

Powered by ZergNet



**Performers Who Died in Front of Their Audiences**
GRUNGE.COM



**10 Awful Albums That Have Only One Great Song**
DIFFUSER.FM

## AROUND THE WEB



**Shady Things Everyone Just Ignores About Tom Hanks**
NICKISWIFT.COM

**What Really Happened to Sir Mix-A-Lot**
GRUNGE.COM

## Artists

- Bobby Shurmada

## Tags

- Hip-Hop
- Prison
- Rap
- Rapper

## Categories

- News

Previous Story
Trailer for Justin Timberlake's new Netflix concert film premieres online — watch
Next Story
Check out this Jamila Woods playlist ahead of the CoS x Red Bull Sound Select Chicago show
Want more? Follow us on

- Facebook
- Twitter
- YouTube
- Google-Plus
- Tumblr
- Instagram
- Pinterest

3 comments

Required fields are marked *. Sign up or sign in to not have to fill in these fields.

Name *

Enter your comment here

Post Comment



## Popular

- Today
- Week
- Month

1. 1
   The Cranberries singer Dolores O'Riordan died by drowning
2. 2
   Michael Moore says we have Gwen Stefani to blame for Trump's presidency
3. 3
   Fleetwood Mac debut new lineup on Ellen: Watch
4. 4
   Asia Argento claims she was sexually assaulted by 17-year-old co-star
5. 5

Metallica cover Prince's "When Doves Cry" in Minneapolis: Watch





More Stories

- Related
- Latest
- Trending

- News

# Kodak Black released from jail after seven months

In January, the 21-year-old rapper was arrested following an Instagram Live stream in which he appeared next to his child while in possession of a gun and marijuana.

By *Alex Young*, 3 weeks ago

- News

# 6ix9ine faces up to three years in prison, may have to register as sex offender

The Manhattan District Attorney says the rapper has violated a plea agreement from 2015.

By *Alex Young*, 4 weeks ago

- News

# Fyre Festival founder Billy McFarland faces 115 years in prison following latest guilty plea

McFarland pleaded guilty to selling fake tickets to major events, including Coachella and the Super Bowl.

By *Alex Young*, 1 month ago

- News

# Four men indicted in murder of XXXTentacion

The men are all charged with first-degree murder and armed robbery.

By *Ben Kaye*, 2 months ago

- News

# Judge denies Meek Mill's petition for new trial

A judge denied the rapper a retrial despite accusations of perjury against the arresting officer.

By *Ben Kaye*, 2 months ago

- News

# Meek Mill has been released from prison

The Supreme Court of Pennsylvania overturned Meek Mill's controversial sentencing.

By *Alex Young*, 4 months ago

- Heavy
- Festival Outlook
- Videos

- Facebook
- Twitter
- YouTube
- Google-Plus
- Tumblr
- Instagram
- Pinterest

- Store
- Mobile App
- CoS Events
- Giveaways

- News
  - Tours
  - Festivals
  - Film
- New Music
  - Streams
  - Upcoming Releases
  - Top Songs of the Month
- Features
  - Reviews
  - Anniversaries
  - Interviews
  - Cover Stories

- - Editorials
    - Festival Hype
    - Lists
    - Rankings
  - Staff Lists
    - Annual Report 2016
    - Decades
    - Top 100 Albums
    - Top 100 Songs
    - Top 100 Singers
    - Top 100 Music Venues
    - Best of 2000s

- About Us
- Advertise
- Contact Us

- Privacy Policy
- Terms & Conditions
- Copyright

© 2007 - 2018 Consequence of Sound • Advertise here • Powered by WordPress.com VIP

# Create your account

Email    Display Name    Password    Confirm password

 Finish Sign Up

# Submit Your Photo

**Title**

**Post content or file description**

**Your Media Files**

Choose Files | No file chosen

Submit

☺