UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JESSE WARD,<br><br>                          Plaintiff,<br><br>- against -<br><br>CONSEQUENCE HOLDINGS, LLC<br><br>                          Defendant. | Docket No. 3:18-cv-01734 |

## NOTICE OF APPERANCE OF RICHARD LIEBOWITZ

To the Clerk of this Court and all parties of record:

    Please enter my appearance as counsel in the above captioned case on behalf of the Plaintiff, Jesse Ward. I certify that I am admitted to practice in this Court.

Dated: Valley Stream, New York
           September 28, 2018

                                              LIEBOWITZ LAW FIRM, PLLC

                                              /s/Richard Liebowitz
                                              Richard Liebowitz
                                              11 Sunrise Plaza, Suite 305
                                              Valley Stream, New York 11580
                                              Tele: 516-233-1660
                                              RL@LiebowitzLawFirm.com

                                              *Attorneys for Plaintiff Jesse Ward*