C

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

18-091248

JESSE WARD

VS

CASE NO.3:18-1734

CONSEQUENCE HOLDINGS, LLC

ERIN M LANING                Being first duly sworn on oath deposes and says that
he is over the age of 21 and not a party to this cause.

That he served the within    SUMMONS IN A CIVIL CASE
                             COMPLAINT

On the within named Defendant CONSEQUENCE HOLDINGS, LLC C/O
                              NATIONAL REGISTERED AGENTS
by leaving the above mentioned documents with
DERRICK HACKETT (INTAKE SPECIALIST/AUTHORIZED AGENT),
who is authorized to accept service of these documents on 09/25/2018, and
informing that person of the contents thereof.
****************************************************************************

The Sex, Race and Approximate Age of the person with whom he left the documents
were as follows:

Sex:      MALE                      Height:5'06"
Race:     BLACK                     Weight:130
Age:      30

The place and time of day where the documents were served was as follows:

Place:    200 W ADAMS
          CHICAGO, IL 60606
Time:     3:00PM
****************************************************************************
I certify under penalty of perjury under the laws of the United States that the
foregoing is true and accurate.

Executed on 09/27/2018
                                     _____
                                     PROCESS SERVER