UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
(EAST ST. LOUIS)

| | |
|---|---|
| JESSE WARD<br><br>                              Plaintiff,<br><br>- against -<br><br>CONSEQUENCE HOLDINGS, LLC<br><br>                            Defendant. | Docket No. 3:18-cv-01734<br>(NJR-DGW) |

### DECLARATION OF COUNSEL IN SUPPORT OF PLAINTIFF'S REQUEST FOR ENTRY OF DEFAULT PURSUANT TO L.R. 55.1

I, RICHARD P. LIEBOWITZ, declare under the penalty of perjury that the following is true and correct to the best of my personal knowledge.

1. I am counsel for Plaintiff in this action and admitted to practice law in this District Court.

2. Defendant Consequence Holdings, LLC ("Defendant") is not an infant, in the military or an incompetent person.

3. Defendant's answer or response to the Complaint was due on October 16, 2018. Defendant has failed to plead or otherwise defend the action.

4. As per the Affidavit of Service, filed on December 21, 2018 [Docket #8], the pleading to which no response has been made was properly served.

Dated:     January 24, 2019
               Valley Stream, NY

LIEBOWITZ LAW FIRM, PLLC

By: **/s/richardpliebowitz**
    Richard Liebowitz
11 Sunrise Plaza, Suite 305
Valley Stream, NY 11580
Tel: (516) 233-1660
RL@LiebowitzLawFirm.com

*Attorneys for Plaintiff*
*Jesse Ward*