UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
(EAST ST. LOUIS)

| | |
|---|---|
| JESSE WARD<br><br>                           Plaintiff,<br><br>- against -<br><br><br>CONSEQUENCE HOLDINGS, LLC<br><br>                           Defendant. | Docket No. 3:18-cv-01734<br>(NJR-DGW) |

**<u>CLERK'S CERTIFICATE OF DEFAULT</u>**

    I, MARGARET M. ROBERTIE, Clerk of the United States District Court for the Southern District of Illinois, do hereby certify that this action was commenced on September 17, 2018 with the filing of a summons and complaint. A copy of the summons and complaint was served on defendant Consequence Holdings, LLC ("Defendant") on September 25, 2018 by personally serving the Defendant's Registered Agent and proof of service was thereafter filed on December 21, 2018. I further certify that the docket entries indicate that Defendant has not filed an answer or otherwise moved with respect to the complaint herein. The default of the defendant(s) is/are hereby noted.

Dated: January __, 2019                             MARGARET M. ROBERTIE
East St. Louis, Illinois

                                                                               By:_____
                                                                                   Clerk of Court