# UNITED STATES DISTRICT COURT
for the
Southern District of Illinois

| | |
|---|---|
| Jesse Ward<br>*Plaintiff(s)*<br><br>v.<br><br>Consequence Holdings, LLC<br>*Defendant(s)* | Case Number:  18-1734-NJR-MAB |

## DEFAULT ENTRY BY CLERK

Entry of default pursuant to Federal Rule of Civil Procedure 55(a) has been requested by Plaintiff(s).  Because it appears from the court's record that a party has failed to plead or otherwise defend as required by the Federal Rules of Civil Procedure, default is entered against the following defendant(s): Consequence Holdings, LLC

Dated: January 25, 2019

MARGARET M. ROBERTIE, Clerk of Court

By:   *s/Angela Vehlewald*
Deputy Clerk