UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
(EAST ST. LOUIS)

JESSE WARD

                              Plaintiff,                          Docket No. 3:18-cv-01734
                                                                  (NJR-DGW)
          - against -


CONSEQUENCE HOLDINGS, LLC

                              Defendant.


## CLERK'S CERTIFICATE OF DEFAULT


   I, MARGARET M. ROBERTIE, Clerk of the United States District Court for the

Southern District of Illinois, do hereby certify that this action was commenced on September 17,

2018 with the filing of a summons and complaint.  A copy of the summons and complaint was

served on defendant Consequence Holdings, LLC ("Defendant") on September 25, 2018 by

personally serving the Defendant's Registered Agent and proof of service was thereafter filed on

December 21, 2018.  I further certify that the docket entries indicate that Defendant has not filed

an answer or otherwise moved with respect to the complaint herein. The default of the

defendant(s) is/are hereby noted.


Dated: January __, 2019                          MARGARET M. ROBERTIE
East St. Louis, Illinois


                                                 By:_____
                                                       Clerk of Court