# EXHIBIT A

Case 3:18-cv-01734-NJR-MAB Document 18-1 Filed 04/22/19 Page 2 of 4 Page
Case 1:18-cv-09079-LGS Document 19 Filed 12/10/18 Page 1 of 2
ID #72

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/10/2018

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

STEVEN HIRSCH,

       Plaintiff,

 - against -

THE DISHH, LLC

       Defendant.

Docket No. 18-cv-09079 (LGS)

## [PROPOSED] DEFAULT JUDGMENT

This matter came before the Court on plaintiff Steven Hirsch's ("Plaintiff")'s application for entry of a default judgment against defendant The Dishh, LLC ("Defendant") under Rule 55(b)(2) of the Federal Rules of Civil Procedure. After having considered the arguments and authorities submitted by Plaintiff, the Court finds as follows:

1. Plaintiff's complaint and an original summons were served on Defendant on October 24, 2018. An affidavit of service was filed with the Court on October 26, 2018.

2. On November 19, 2018, the Clerk of the Court for the United States District Court, Southern District of New York entered a default against Defendant for failure to plead or otherwise defend this action.

3. On November 21, 2018, Plaintiff filed his application for default judgment by proposed order to show cause.

5. On November 26, 2018, the Court scheduled a hearing for Plaintiff's application and issued an Order for Defendant to show cause by December 4, 2018 why a default judgment

should not be entered in favor of Plaintiff. Defendant has failed to file any opposition to entry of a default judgment and failed to appear at the hearing scheduled for December 6, 2018.

**THEREFORE, IT IS ADJUDGED AND ORDERED** that Plaintiff's application for entry of default judgment is GRANTED pursuant to Fed.R.Civ.P. 55(b)(2); it is

**FURTHER ORDERED** that Defendant shall pay $30,000.00 in statutory damages as civil penalties for willful copyright infringement under 17 U.S.C. § 504(c); it is

**FURTHER ORDERED** that Defendant shall pay $10,000.00 in statutory damages as civil penalties for removal and/or alteration of copyright management information in violation of 17 U.S.C. § 1202(b); it is

**FURTHER ORDERED** that Defendant shall pay $2800.00 in attorneys' fees and $475.00 in costs pursuant to 17 U.S.C. § 505; it is

**FURTHER ORDERED,** that Defendant shall post-judgment interest under 28 U.S.C.A. § 1961; it is

**FURTHER ORDERED** that this Court retains jurisdiction over any matter pertaining to this judgment; and it is

**FURTHER ORDERED** that the Clerk of the Court shall close any open motions, cancel any conferences and close the case.

This is a final appealable order. *See* FED. R. APP. P. 4(a).

Dated: December 10, 2018                  SO ORDERED.

**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
JOE MYERESS,

                Plaintiff,

                17 CIV 9691 (KPF)

      -against-         **DEFAULT JUDGMENT**

BRISSI GROUP, LLC,

                Defendant.
------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED, AND DECREED**, That pursuant to the Court's Order dated June 21, 2018, Plaintiffs' motion for a default judgment is granted; Defendant has violated (i) 17 U.S.C. § 501, for which it shall pay $30,000 in civil penalties for copyright infringement, and (ii) 17 U.S.C. § 1202(b), for which is shall pay $10,000 in civil penalties for improper removal of copyright management information, along with attorneys' fees in the amount of $4,175.64 and costs in the amount of $562.70.

**DATED**: New York, New York
           June 25, 2018

                                  **RUBY J. KRAJICK**
                                  Clerk of Court
                              BY: _____
                                  Deputy Clerk

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON 6/25/2018