# EXHIBIT B

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

JESSE WARD,

                              Plaintiff,

          - against -

CONSEQUENCE HOLDINGS, LLC

                              Defendant.

Docket No. 3:18-cv-1734

JURY TRIAL DEMANDED

## COMPLAINT

Plaintiff Jesse Ward ("Ward" or "Plaintiff") by and through his undersigned counsel, as and for his Complaint against Defendant Consequence Holdings, LLC ("Consequence Holdings" or "Defendant") hereby alleges as follows:

## NATURE OF THE ACTION

1.      This is an action for copyright infringement under Section 501 of the Copyright Act and for the removal and/or alteration of copyright management information under Section 1202(b) of the Digital Millennium Copyright Act. This action arises out of Defendant's unauthorized reproduction and public display of a copyrighted photograph of American rapper and songwriter Bobby Shmurda in court, owned and registered by Ward, a professional photographer. Accordingly, Ward seeks monetary relief under the Copyright Act of the United States, as amended, 17 U.S.C. § 101 *et seq.*

## JURISDICTION AND VENUE

2.      This claim arises under the Copyright Act, 17 U.S.C. § 101 *et seq.*, and this Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. §§ 1331 and 1338(a).

3.      This Court has personal jurisdiction over Defendant because Defendant resides in and/or transacts business in Illinois.

4.      Venue is proper in this District pursuant to 28 U.S.C. § 1391(b).

## PARTIES

5.      Ward is a professional photographer in the business of licensing his photographs to online and print media for a fee having a usual place of business at 3255 Shore Parkway, #3H, Brooklyn, NY 11235.

6.      Upon information and belief, Consequence Holdings is a domestic limited liability company duly organized and existing under the laws of the State of Illinois, with a place of business at 4609 N. Wolcott Ave., Chicago, IL 60640. Upon information and belief Consequence Holdings is registered with the Illinois Department of State Division of Corporations to do business in the State of Illinois. At all times material, hereto, Consequence Holdings has owned and operated a website at the URL: https://consequenceofsound.net (the "Website").

## STATEMENT OF FACTS

**A.      Background and Plaintiff's Ownership of the Photograph**

7.      Ward photographed American rapper and songwriter Bobby Shmurda in court (the "Photograph"). A true and correct copy of the Photograph is attached hereto as Exhibit A.

8.      Ward then licensed the Photograph to the New York Daily News. On  February 24, 2015 the New York Daily news ran an article that featured the Photograph titled *Rapper Bobby Shmurda's Brooklyn gun possession charge officially becomes part of conspiracy case.* See URL http://www.nydailynews.com/new-york/nyc-crime/bobby-shmurda-brooklyn-gun-case-moved-manhattan-article-1.2127605.  Ward's name was featured in a gutter credit identifying

him as the photographer of the Photograph. A true and correct copy of the article is attached hereto as Exhibit B.

9.      Ward is the author of the Photograph and has at all times been the sole owner of all right, title and interest in and to the Photograph, including the copyright thereto.

10.     The Photograph was registered with the United States Copyright Office and was given registration number VA 2-079-495 "Ward_Bobby Shmurda 7.22.15.jpg."  See Exhibit C.

**B.      Defendant's Infringing Activities**

11.     On or about September 9, 2016 Consequence Holdings ran an article on the Website titled *Bobby Shmurda accepts plea deal, will serve years in prison Brooklyn rapper pleads guilty to weapons charges relating to a murder conspiracy case.* See URL https://consequenceofsound.net/2016/09/bobby-shmurda-accepts-plea-deal-will-serve-years-in-prison/. The article prominently featured the Photograph. A true and correct copy of the article and a screen shot of the Photograph on the article are attached hereto as Exhibit D.

12.     Consequence Holdings did not license the Photograph from Plaintiff for its article, nor did Consequence Holdings have Plaintiff's permission or consent to publish the Photograph on its Website.

**FIRST CLAIM FOR RELIEF**
**(COPYRIGHT INFRINGEMENT AGAINST DEFENDANT)**
**(17 U.S.C. §§ 106, 501)**

13.     Plaintiff incorporates by reference each and every allegation contained in Paragraphs 1-12 above.

14.     Consequence Holdings infringed Plaintiff's copyright in the Photograph by reproducing and publicly displaying the Photograph on the Website. Consequence Holdings is

not, and has never been, licensed or otherwise authorized to reproduce, publically display, distribute and/or use the Photograph.

15. The acts of Defendant complained of herein constitute infringement of Plaintiff's copyright and exclusive rights under copyright in violation of Sections 106 and 501 of the Copyright Act, 17 U.S.C. §§ 106 and 501.

16. Upon information and belief, the foregoing acts of infringement by Defendant have been willful, intentional, and purposeful, in disregard of and indifference to Plaintiff's rights.

17. As a direct and proximate cause of the infringement by the Defendant of Plaintiff's copyright and exclusive rights under copyright, Plaintiff is entitled to damages and Defendant's profits pursuant to 17 U.S.C. § 504(b) for the infringement.

## SECOND CLAIM FOR RELIEF
## INTEGRITY OF COPYRIGHT MANAGEMENT INFORMATION AGAINST DEFENDANT
## (17 U.S.C. § 1202)

18. Plaintiff incorporates by reference each and every allegation contained in Paragraphs 1-17 above.

19. Upon information and belief, in its article on the Website, Defendant copied the Photograph from the New York Daily News which contained a gutter credit underneath the Photograph stating, "Jesse Ward" and placed it on its Website without the gutter credit.

20. Upon information and belief, Consequence Holdings intentionally and knowingly removed copyright management information identifying Plaintiff as the photographer of the Photograph.

21. The conduct of Consequence Holdings violates 17 U.S.C. § 1202(b).

22.     Upon information and belief, Consequence Holdings' falsification, removal and/or alteration of the aforementioned copyright management information was made without the knowledge or consent of Plaintiff.

23.     Upon information and belief, the falsification, alteration and/or removal of said copyright management information was made by Consequence Holdings intentionally, knowingly and with the intent to induce, enable, facilitate, or conceal their infringement of Plaintiff's copyright in the Photograph. Consequence Holdings also knew, or should have known, that such falsification, alteration and/or removal of said copyright management information would induce, enable, facilitate, or conceal their infringement of Plaintiff's copyright in the Photograph.

24.     As a result of the wrongful conduct of Consequence Holdings as alleged herein, Plaintiff is entitled to recover from Consequence Holdings the damages, that he sustained and will sustain, and any gains, profits and advantages obtained by Consequence Holdings because of their violations of 17 U.S.C. § 1202, including attorney's fees and costs.

25.     Alternatively, Plaintiff may elect to recover from Consequence Holdings statutory damages pursuant to 17 U.S.C. § 1203(c) (3) in a sum of at least $2,500 up to $25,000 for each violation of 17 U.S.C. § 1202.

## **PRAYER FOR RELIEF**

WHEREFORE, Plaintiff respectfully requests judgment as follows:

1.     That Defendant Consequence Holdings be adjudged to have infringed upon Plaintiff's copyrights in the Photograph in violation of 17 U.S.C §§ 106 and 501;

2.     The Defendant Consequence Holdings be adjudged to have falsified, removed and/or altered copyright management information in violation of 17 U.S.C. § 1202.

3.     That Plaintiff be awarded Plaintiff's actual damages and Defendant's profits, gains or advantages of any kind attributable to Defendant's infringement of Plaintiff's Photograph;

4.     That, with regard to the Second Claim for Relief, Plaintiff be awarded either: a) Plaintiff's actual damages and Defendant's profits, gains or advantages of any kind attributable to Defendant's falsification, removal and/or alteration of copyright management information; or b) alternatively, statutory damages of at least $2,500 and up to $ 25,000 for each instance of false copyright management information and/or removal or alteration of copyright management information committed by Defendant pursuant to 17 U.S.C. § 1203(c);

5.     That Defendant be required to account for all profits, income, receipts, or other benefits derived by Defendant as a result of its unlawful conduct;

6.     That Plaintiff be awarded his costs, expenses and attorneys' fees pursuant to 17 U.S.C. § 1203(b);

7.     That Plaintiff be awarded pre-judgment interest; and

8.     Such other and further relief as the Court may deem just and proper.

## DEMAND FOR JURY TRIAL

Plaintiff hereby demands a trial by jury on all issues so triable in accordance with Federal Rule of Civil Procedure 38(b).


Dated: Valley Stream, New York

September 17, 2018

LIEBOWITZ LAW FIRM, PLLC

By: /s/Richard Liebowitz
Richard Liebowitz
11 Sunrise Plaza, Suite 305
Valley Stream, New York 11580
Tel: (516) 233-1660
RL@LiebowitzLawFirm.com

*Attorneys for Plaintiff Jesse Ward*

# EXHIBIT A

Case 3:18-cv-01734-NJR-MAB Document 18-2 Filed 04/22/19 Page 10 of 44
Case 3:18-cv-01734-NJR-MAB Document 1-1 Filed 05/17/18 Page 2 of 2 Page ID #9
Page ID #84



# EXHIBIT B



📰 TOPICS                                                    SUBSCRIBE                          🔒 LOG IN
                                                         8 weeks for only 99¢

                          TRIAL OFFER | **8 weeks for 99¢**


**Black teenager riding home from church with white grandmother handcuffed in...**


**Matt Barnes gets restraining order against 'Basketball Wives' star Gloria Govan wi...**

**State Senate candidate Julia Salazar battled ex-wife o Met Keith Hernandez ove**  ›

ADVERTISEMENT

NYC CRIME    NEW YORK

# Rapper Bobby Shmurda's Brooklyn gun possession charge officially becomes part of conspiracy case

By **OREN YANIV**
NEW YORK DAILY NEWS   |   FEB 24, 2015

  



Ackquille Pollard, better known as rapper Bobby Shmurda, was in Brooklyn Supreme Court Tuesday to learn his gun case was officially made part of another indictment in Manhattan. (Jesse Ward/for New York Daily News)  

Bobby Shmurda's Brooklyn gun case was dismissed Tuesday — but that's not necessarily good news for the rising star rapper.

The weapon possession charges he was accused of became part of a more serious conspiracy indictment filed last December in Manhattan.

inRead invented by Tea

9/6/2018
Case 3:18-cv-01734-NJR-MAB  Document 18-3  Filed 04/22/19  Page 14 of 44
Case 3:18-cv-01734-NJR-MAB  Document 1-2  Filed 09/17/18  Page 4 of 33  Page ID #13
Page ID #88

Get Altice One with          Altice One.

ADVERTISEMENT

They represent the most direct evidence against the 20-year-old hip hop phenom, who prosecutors described as the "driving force" behind a street crew called GS9 that was allegedly responsible for shootings and drug sales.

He was arrested with a pal in June 2014 after cops saw him holding a pistol inside an East Flatbush apartment, and he then tried to stuff the 9-mm. Glock between cushions of a couch, court documents allege.

---

PAID POST                          What's This?



### See how Grand Rapids' infrastructure can do the heavy lifting.

A message from MEDC

At the Gerald R. Ford International Airport, cargo airlines transport more than 40,000 tons of air cargo annually.

SEE MORE

That incident "is incorporated into the indictment (by the office of the Special Narcotics Prosecutor) so we're moving to dismiss," assistant district attorney Melissa Cardinale said in Brooklyn Supreme Court.

The move is technical and meant to avoid double jeopardy.

Just over a month after the Brooklyn bust, while out on a $10,000 bail, Epic Records signed Shmurda - real name Ackquille Pollard - to a seven-figure deal.

His "Shmoney Dance" has become a viral sensation and his hit "Hot Boy" reached No. 6 on the Billboard chart and garnered close to 1 million downloads.



Bobby Shmurda arrives at Power 105.1's Powerhouse 2014 at Barclays Center in Brooklyn in 2014. (Scott Roth/Invision/AP)

 

But it all came crashing down with the conspiracy indictment, for which he's facing up to 25 years to life in prison and was locked up on a $2 million bail.

Defense lawyer Kenneth Montgomery called the exuberant bail amount "absolutely ridiculous" and contested the allegation his client led any gang.

"This is a glorified case and they have to follow their cheese," he said of prosecutors. "This is what we're fighting."

Shmurda, hands shackled behind his back and wearing a dark-gray sweat suit, looked behind him during the hearing as if to find relatives in the thin courtroom crowd. There were only a number of young strangers in the audience who nodded and smiled in recognition of the up-and-coming star.

Montgomery said Shmurda is trying to keep his head high behind bars while still hoping to make bail.

"I think he is resilient and I think he's trying to survive," the lawyer said.

oyaniv@nydailynews.com

---

### The Daily News Flash Newsletter
Weekdays

Catch up on the day's top five stories every weekday afternoon.

| ENTER YOUR EMAIL ADDRESS |  ❯ |
|---|---|

---

**Stephon Marbury Just Made History In China**
SportsChew

**7 Reasons Why People Are Buying Tecovas Boots**
Tecovas

**New York Launches No-Cost Solar Program in Brooklyn**
Estimates.Solar Quotes

Sponsored Links

## You May Like

**Cardiologist: "This Is What Happens When You Eat A Steak"**
Gundry MD

**Avoid Embarrassing Work Mistakes With This Grammar Checking App**

Grammarly

Sponsored Links

**Bride In Tears As Groom Confesses Love For Another**

DailyChoices

**US Obesity Doctor Reveals the No.1 Worst Carb You're Eating**

Nucific

**The Golf Wedge Earning Serious Praise From Golfers**

Square Strike Wedge Golf

Sponsored Links

 **Recommended For You**

**Chris Berman's wife was served alcohol despite being drunk ahead of crash, lawsuit claims**

**California student arrested for stealing MAGA hat from classmate, slapping teacher**

⚡⚠️ **93°** New York City, NY                                    More ⌄

Sponsored Links by Taboola **The Facial That Celebrities Say Takes 10 Years Off Your Face**

Marie Claire | Hanacure

**3 Ways Your Dog Asks For Help**

Dr. Marty

**New Luxury Cars With Amazing Interior Features**

Auto Enthusiast | Sponsored Links

**These Sedans Are The Cream Of The Crop!**

Yahoo Search

Sponsored Links

Case 3:18-cv-01734-NJR-MAB    Document 12-2    Filed 04/22/19    Page 18 of 44
Page ID #92

ADVERTISEMENT

## LATEST

NYC CRIME

### Freight train severs elderly woman's foot after she wanders disoriented into Brooklyn tunnel

1:30 AM



NYC CRIME

### Tip leads cops to parolee accused of slashing Brooklyn hospital worker's face

SEP 5, 2018



NYC CRIME

### Manhattan gallery owner Mary Boone must pay IRS $3M after pleading guilty to filing false tax returns

SEP 5, 2018



NYC CRIME

### 'Silver or gold can't replace this' — Andre Neverson's arrest brings closure to family of one of his alleged murder victims

SEP 5, 2018



NEW YORK

### Mugger who brutally beat 61-year-old woman on Lower East Side gets nine years behind bars

SEP 5, 2018



## You May Like

Sponsored Links by Taboola

### How To Pay Off Your House Asap (So Simple It's Unbelievable)

LowerMyBills

### Diddy's Twin Girls Are All Grown Up & Look Gorgeous

Finance Nancy

**The One WD40 Trick Everyone Should Know About**
Boredom Therapy

**Drivers who switch save an average of $668 on car insurance.**
Progressive

ADVERTISEMENT

# Download our mobile app

## Subscribe for unlimited access

Contact Us

Site Map

Place an Ad

Contests

BestReviews

The Daily Meal

Privacy Policy

Careers

Feeds

Media Kit

Special Sections

Manage Subscription

The Active Times

Terms of Service

   

Copyright © 2018, New York Daily News

# EXHIBIT C

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Karyn Temple Claggett*

Acting United States Register of Copyrights and Director

**Registration Number**

## VA 2-079-495

**Effective Date of Registration:**
December 19, 2017

---

## Title

| | |
|---|---|
| **Title of Work:** | Group Registration of Published Photographs; Jesse Ward 2015; all published 1/02/2015-12/31/2015; 277 photos |
| **Content Title:** | Ward_Grimm will resign_1.2.15.jpg |

Ward_At Brooklyn and Manhattan criminal court_1.7.15.jpg
Ward_Judge Vincent Del Giudice_1.7.15.jpg

Ward_Robinson_1.8.15.jpg

Ward_Derrick Hamilton was officially exonerated_1.9.15.jpg

Ward_ Ray Kelly_1.11.15.jpg

Ward_Sharrif Wilson_1.12.15.jpg

Ward_Weinberg_1.15.15.jpg

Ward_Charles Hynes_1.16.15.jpg

Ward_ Patrick Lynch_1.17.15.jpg
Ward_Justice Dineen Riviezzo_1.17.15.jpg

Ward_Barry Kamins_1.20.15.jpg

Ward_Attorney Scott Rynecki, with his client Kimberly Ballinger, and Hortence Peterson_1.21.15.jpg
Ward_Derrick Hamilton_1.21.15.jpg

Ward_A family photo of Omar Rendon_1.25.15.jpg

Ward_You can catch some air on a flying saucer_1.26.15.jpg

Ward_Carmen Matias_1.27.15.jpg

Ward_Big Ang_2.2.15.jpg
Ward_Joseph Silverstein_2.2.15.jpg
Ward_Julio Acevedo_2.2.15.jpg
Ward_Scott Brettschneider_2.2.15.jpg

Ward_Police Officer Joel Edouard_2.3.15.jpg

Ward_ Lawrence Oh_2.9.15.jpg
Ward_Jason Jordan_2.9.15.jpg
Ward_Jason Jordan1_2.9.15.jpg
Ward_Lawrence Oh shows door interlock system_2.9.15.jpg
Ward_Lawrence Oh shows the actual elevator floor where Debra Jordan's leg
and wrist were crushed_2.9.15.jpg
Ward_Lawrence Oh shows the actual elevator floor_2.9.15.jpg
Ward_Sabrina Thanse_2.9.15.jpg

Ward_Ramsey Orta_2.10.15.jpg

Ward_Richard Palase_2.11.15.jpg

Ward_ Peter Liang_2.12.15.jpg
Ward_Federal Magistrate Nicholas Garaufis_2.12.15.jpg

Ward_Ackquille Pollard, better known as rapper Bobby Shmurda_2.24.15.jpg

Ward_Christen (Ninee) Dale_2.27.15.jpg

Ward_Ariann Mercurius_3.5.15.jpg
Ward_Reyes_3.5.15.jpg
Ward_Vincent Adeyeye_3.5.15.jpg

Ward_ Vincent Del Giudice_3.10.15.jpg
Ward_Ariann Mercurius_3.10.15.jpg
Ward_Vincent Adeyeye_3.10.15.jpg
Ward_Vincent Adeyeye1_3.10.15.jpg

Ward_Diana Durand_3.11.15.jpg

Ward_Joscelyn Evering_3.12.15.jpg

Ward_Carol Amon_3.16.15.jpg
Ward_Chief Investigator John Bilich_3.16.15.jpg
Ward_Ginsburg_3.16.15.jpg
Ward_Ruth Bader Ginsburg holds up a T-shirt _3.16.15.jpg

Ward_Diana Durand_3.17.15.jpg

Ward_Antwon Dennis_3.18.15.jpg
Ward_Tairod Nathan Webster Pugh is shown in this courtroom
sketch_3.18.15.jpg
Ward_Yehuda Katz_3.18.15.jpg

ard_Brian McNamee _3.19.15.jpg
Ward_Darius Fletcher, a 21-year old senior at William Patterson University in
New Jersey, died along with three friends_3.19.15.jpg

Ward_Rex Maralit and his wife Sharon_3.27.15.jpg
Ward_Wilfredo Maralit, Rex's brother _3.27.15.jpg

Ward_John Palazzolo_3.28.15.jpg
Ward_John Palazzolo1_3.28.15.jpg

Ward_Kenneth Thompson_3.31.15.jpg
Ward_Kirill Shakhov_3.31.15.jpg
Ward_Shawn May_3.31.15.jpg



Ward_Harry Mingo 4.2.15.jpg

Ward_Louis Scarcella 4.3.15.jpg

Ward_coney island houses 4.6.15.jpg
Ward_makeshift memorial coney island 4.6.15.jpg
Ward_malfunctioning hoist 4.6.15.jpg

Ward_Carol Simon tshirt 4.8.15.jpg

Ward_Ralph Mastrantonio 4.9.15.jpg

Ward_Hargrave family 4.14.15.jpg
Ward_Rosean Hargrave 4.14.15.jpg
Ward_Rosean Hargrave hugs 4.14.15.jpg
Ward_Rosean Hargrave released 4.14.15.jpg
Ward_Rosean Hargrave vehicle 4.14.15.jpg
Ward_ShawnDya Simpson 4.14.15.jpg

Ward_Ryan Westfield 4.24.15.jpg

Ward_de Blasio 4.30.15.jpg

Ward_Jones and Santiago 5.4.15.jpg
Ward_Jones attorney 5.4.15.jpg

Ward_Anucha Browne Sanders 5.5.15.jpg
Ward_Avroham Gross 5.5.15.jpg

Ward_Coney island houses 5.6.15.jpg
Ward_mayor de blasio 5.6.15.jpg

Ward_Anucha Browne 5.7.15.jpg

Ward_Debra Baum 5.11.15.jpg
Ward_Marie-Clause Wrenn 5.11.15.jpg
Ward_Tyrone Baum tshirt 5.11.15.jpg

Ward_Andre Cerbone 5.13.15.jpg
Ward_Anthony Cerbone 5.13.15.jpg
Ward_Joseph Cerbone 5.13.15.jpg

Ward_Area Kids door 5.14.15.jpg
Ward_brooklyn protesters 5.14.15.jpg
Ward_Clinton Santana 5.14.15.jpg
Ward_George Chamoun 5.14.15.jpg
Ward_Peter Liang 5.14.15.jpg
Ward_Stephanie de la Rosa 5.14.15.jpg

Ward_Frank Pontillo 5.17.15.jpg

Ward_Shytuan Breazil 5.19.15.jpg

Ward_Nakwon Foxworth 5.21.15.jpg
Ward_Peter Liang 5.21.15.jpg

Ward_Joseph Hayon 5.22.15.jpg
Ward_Joseph Hayon2 5.22.15.jpg

Ward_Brooklyn police investigate 5.23.15.jpg

Ward_Kevin Egan 5.23.15.jpg

Ward_Jim Slevin 5.27.15.jpg
Ward_Rosemarie Guilford 5.27.15.jpg

Ward_Phillip Estevez 6.1.15.jpg

Ward_Kenya Edmonds 6.2.15.jpg
Ward_Kenya Edmonds and daughter 6.2.15.jpg
Ward_Sandra Price 6.2.15.jpg

Ward_Jesse Friedman 6.3.15.jpg
Ward_Joel Edouard 6.3.15.jpg

Ward_Phillip Barry 6.4.15.jpg

Ward_Eryc Ford 6.7.15.jpg
Ward_Valeria Beza 6.7.15.jpg

Ward_Jack Weinstein 6.8.15.jpg

Ward_Samual and Maycik 6.9.15.jpg
Ward_Tayloni Maycik 6.9.15.jpg
Ward_Tayloni Maycik2 6.9.15.jpg

Ward_Priscilla Hand 6.12.15.jpg
Ward_Rosa Fonerin 6.12.15.jpg

Ward_parking 6.22.15.jpg
Ward_Wei Qun Chen 6.22.15.jpg

Ward_Nicholas Garaufis 6.23.15.jpg
Ward_Westboro 6.23.15.jpg

Ward_Peter Liang 6.24.15.jpg

Ward_Dean Obeidallah 6.25.15.jpg
Ward_Negin Farsad 6.25.15.jpg

Ward_coalition 6.26.15.jpg
Ward_Dorinda Pannell 6.26.15.jpg
Ward_NY protestors 6.26.15.jpg
Ward_Shabaka Shakur 6.26.15.jpg

Ward_Jason Braithwaite 6.29.15.jpg

Ward_Barber candles 7.7.15.jpg
Ward_Barber candles2 7.7.15.jpg

Ward_Melba Johnson 7.9.15.jpg
Ward_Warren Taylor 7.9.15.jpg

Ward_Genevieve Killiebrew 7.10.15.jpg
Ward_Lawrence Jones 7.10.15.jpg

Ward_Chariza Morrison2 7.13.15.jpg
Ward_Chazima Morrison 7.13.15.jpg
Ward_Peter Liang 7.13.15.jpg

Ward_Dante Newman 7.21.15.jpg



Ward_Kenley Jovin 7.21.15.jpg
Ward_Thomas Jennings 7.21.15.jpg

Ward_Bobby Shmurda 7.22.15.jpg

ward_Dorota Trec 7.23.15.jpg
Ward_Thomas Jennings 7.23.15.jpg
Ward_Thomas Jennings2 7.23.15.jpg

Ward_Hassan Razzaq 7.24.15.jpg

Ward_Oliver Wiggins 7.28.15.jpg

Ward_Hassan Razzaq 7.31.15.jpg

Ward_Firetruck door 8.4.15.jpg
Ward_Jessica Aguila 8.4.15.jpg
Ward_KME Rigs handles 8.4.15.jpg
Ward_Pedro Rosales 8.4.15.jpg
Ward_Sandra Amezquita 8.4.15.jpg
Ward_Thumb1 8.4.15.jpg
Ward_Thumb2 8.4.15.jpg
Ward_Thumb3 8.4.15.jpg

Ward_Joel Fowler 8.5.15.jpg

Ward_Madeline Murray 8.11.15.jpg

Ward_Delfin Lantigua 8.12.15.jpg

Ward_Jack Weinstein 8.14.15.jpg
Ward_Scott Weinfeld 8.14.15.jpg

Ward_Doreen Giuliano 8.20.15.jpg
Ward_Doreen Giuliano2 8.20.15.jpg
Ward_Jorge Garcia 8.20.15.jpg

Ward_Thomas Stephens and Keturah Tribble 8.23.15.jpg

Ward_Jeffrey Hurant 8.25.15.jpg

Ward_Hassan Razzaq 8.29.15.jpg

Ward_Ruddy Quezada 8.31.15.jpg

Ward_Ruddy Quezada 9.1.15.jpg

Ward_Luis Perez 9.9.15.jpg

Ward_Howard Leventhal 9.11.15.jpg
Ward_Maya Berg 9.11.15.jpg

Ward_Charles Centaro 9.15.15.jpg

Ward_Alejandro Burzaco 9.18.15.jpg
Ward_Providence Hogan 9.18.15.jpg

Ward_David Karnauch 9.21.15.jpg

Ward_Family members 9.24.15.jpg

Ward_NYPD Car 9.24.15.jpg

Ward_Blackwood family members 9.28.15.jpg
Ward_Ed Blackwood 9.28.15.jpg

Ward_Akaila Gurley 9.29.15.jpg
Ward_David Carter 9.29.15.jpg
Ward_David Carter2 9.29.15.jpg
Ward_Kimberly Ballinger 9.29.15.jpg
Ward_Peter Liang 9.29.15.jpg

Ward_Cecile Davidson 9.30.15.jpg
Ward_Newtown Creek 9.30.15.jpg
Ward_pollution plant 9.30.15.jpg
Ward_toxic waste 9.30.15.jpg

Ward_Danclair 10.7.15.jpg
Ward_family in courtroom 10.7.15.jpg
Ward_Mingdong Chen 10.7.15.jpg

Ward_Houdini grave 10.12.15.jpg

Ward_Clarkson Ave building 10.13.15.jpg
Ward_Dianna Sapp 10.13.15.jpg

Ward_Guns 10.14.15.jpg
Ward_Ken Thompson 10.14.15.jpg
Ward_Wendall Walters2 10.14.15.jpg
Ward_Wendell Walters 10.14.15.jpg

Ward_Joseph Danclair 10.17.15.jpg
Ward_victims family 10.17.15.jpg

Ward_Albert Baldeo 10.20.15.jpg
Ward_Blanche O'Neil 10.20.15.jpg
Ward_Fat Sammy 10.20.15.jpg
Ward_Hong Jin Zhuo 10.20.15.jpg
Ward_Ming Dong Chen 10.20.15.jpg

Ward_Fat Sammy 10.22.15.jpg

Ward_Kelsey Smith 10.23.15.jpg

Ward_Abdulkader Kassem Elchoum 10.27.15.jpg
Ward_Frederic Block 10.27.15.jpg
Ward_Joshua Simser 10.27.15.jpg
Ward_Maria Sanchez 10.27.15.jpg
Ward_Pedro Sanchez 10.27.15.jpg

Ward_Ramadan 10.28.15.jpg

Ward_Kenyatte Hughs 10.29.15.jpg
Ward_Kenyatte Hughs2 10.29.15.jpg

Ward_Angel Rosario 10.30.15.jpg
Ward_John Zaffarano 10.30.15.jpg

Ward_Steve Whittingham 11.2.15.jpg



Ward_Government exhibit 11.4.15.jpg

Ward_Richard Palase 11.5.15.jpg

Ward_Daquan Breland 11.6.15.jpg
Ward_Kelsey Smith 11.6.15.jpg
Ward_Kimberly Torres 11.6.15.jpg

Ward_Bill de Blasio 11.10.15.jpg
Ward_Bill de Blasio protestors 11.10.15.jpg
Ward_no lovin it 11.10.15.jpg

Ward_Peter Liang 11.12.15.jpg

Ward_Darius McCollum 11.13.15.jpg
Ward_Richmond Hill home 11.13.15.jpg

Ward_Giuca 11.17.15.jpg
Ward_John Avitto 11.17.15.jpg
Ward_John Avitto testify 11.17.15.jpg
Ward_John Giuca 11.17.15.jpg
Ward_Kevin Canty 11.17.15.jpg
Ward_Lisa Caccavale 11.17.15.jpg
Ward_Nancy and Michael Fisher 11.17.15.jpg

Ward_Yehuda Katz 11.18.15.jpg

Ward_Charles Hynes 11.20.15.jpg
Ward_John Avitto 11.20.15.jpg
Ward_John Giuca 11.20.15.jpg
Ward_Thomas Burns 11.20.15.jpg
Ward_vecchione 11.20.15.jpg

Ward_Kareem Thomas 11.21.15.jpg

Ward_Anna-Sigga Nicolazzi 11.24.15.jpg
Ward_Anna-Sigga Nicolazzi testify 11.24.15.jpg
Ward_Giuce supporters 11.24.15.jpg
Ward_Stephen Haberstroh 11.24.15.jpg

Ward_Batten 12.1.15.jpg
Ward_Floyd Batten 12.1.15.jpg
Ward_Malique Young 12.1.15.jpg

Ward_John Hockenjos 12.2.15.jpg

Ward_Joshua Simser 12.4.15.jpg
Ward_Maria Sanchez 12.4.15.jpg
Ward_Tanisha Sanchez-Crawford 12.4.15.jpg

Ward_Claudette McBean 12.7.15.jpg
Ward_Hong Yang 12.7.15.jpg
Ward_Kimberly Ballinger 12.7.15.jpg
Ward_Marlon Sewell 12.7.15.jpg

Ward_Federal Marshalls 12.9.15.jpg
Ward_Pierre Celestine 12.9.15.jpg

Ward_Feby Torres 12.12.15.jpg

Ward_Lance Stephenson 12.12.15.jpg

Ward_John Franzese 12.13.15.jpg

Ward_Kimy Hartman 12.14.15.jpg
Ward_Nissan Benshitrit 12.14.15.jpg

Ward_Joshua Knox 12.16.15.jpg

Ward_Taj Patterosn 12.19.15.jpg

Ward_Marianne Bertuna 12.22.15.jpg

Ward_Daniel Darby 12.30.15.jpg
Ward_James Hayden 12.30.15.jpg
Ward_Kimy Hartman 12.30.15.jpg
Ward_Merci Chrisette 12.30.15.jpg

Ward_building12.31.15.jpg

## Completion/Publication

| | |
|---|---|
| Year of Completion: | 2015 |
| Date of 1st Publication: | January 02, 2015 |
| Nation of 1st Publication: | United States |

## Author

| | |
|---|---|
| • Author: | Jesse Ward |
| Author Created: | photograph |
| Work made for hire: | No |
| Domiciled in: | United States |

## Copyright Claimant

| | |
|---|---|
| Copyright Claimant: | Jesse Ward |
| | 3255 Shore Parkway, Apt. 3H, Brooklyn, NY, 11235, United States |

## Certification

| | |
|---|---|
| Name: | Richard Liebowitz |
| Date: | December 19, 2017 |

**Registration #:**   VA0002079495
**Service Request #:**   1-6118618701

Richard Liebowitz
11 Sunrise Plaza
Suite 305
Valley Stream, NY 11580 United States

Case 3:18-cv-01734-NJR-MAB  Document 18-2  Filed 09/17/18  Page 11 of 11  Page ID #29
Case 3:18-cv-01734-NJR-MAB  Document 13  Filed 04/22/19  Page 30 of 44
Page ID #104



# EXHIBIT D

Case 3:18-cv-01734-NJR-MAB   Document #: 2   Filed 04/22/19   Page 32 of 44
Case 3:18-cv-01734-NJR-MAB   Document #: 1   Filed 09/17/18   Page 2 of 14   Page ID #31
Page ID #106



# Consequence of Sound

Menu

- News
  - Tour Dates
  - Festival News and Rumors
  - Late Night Performances
  - Trending Artists
  - Genres
    - Rock Music
    - Alternative Rock
    - Classic Rock
    - Indie
    - Rap/Hip-hop
    - Pop Music
    - EDM
- Music
  - New Music
  - Music Videos
  - Top Songs
  - Top Songs of the Month
  - Album Streams
  - Upcoming Releases
  - CoSigns
- Film
  - Film News
  - Top Performances
  - Comics to Screen
  - A Most Horrific Year
- TV
  - TV News
  - Top Episodes
- Reviews
  - Album Reviews
  - Film Reviews
  - TV Reviews
  - Festival Reviews
  - Concert Reviews
- Features
  - Anniversaries
  - Cover Stories
  - Editorials
  - Festival Hype
  - Interviews
  - Lists
  - Rankings
- Podcasts
  - Consequence of Sound
  - Discography
  - Filmography
  - Halloweenies
  - Kyle Meredith With…
  - The Losers' Club
  - State of the Empire
  - This Must Be the Gig
  - TV Party

9/6/2018
Case 3:18-cv-01734-NJR-MAB    Document 14-2    Filed 09/17/18    Page 4 of 14    Page ID #33
Case 3:18-cv-01734-NJR-MAB    Document 1-1    Filed 09/17/18    Page 34 of 44    Page ID #108

- Staff Lists
  - Annual Report 2017
  - Decades
  - Top 100 Albums
  - Top 100 Songs
  - Top 100 Singers
  - Top 100 Music Venues
  - Best of the 2000s
- Store

- Heavy
- Festival Outlook
- Videos

Log In or Sign Up

Email  Password
Forget password?
Login
Sign In With Facebook    Sign Up With Email
Search    Press EnterPress Escape to CloseClick to Search    Search

# News
The No. 1 Source For Breaking Music and Film Headlines

# Bobby Shmurda accepts plea deal, will serve years in prison

## Brooklyn rapper pleads guilty to weapons charges relating to a murder conspiracy case

by Alex Young
on September 09, 2016, 2:29pm
3 comments



**Share this:**

- [Facebook](Facebook)
- [Twitter](Twitter)
- [Tumblr](Tumblr)
- [Reddit](Reddit)
-

Rapper Bobby Shmurda will serve seven years in prison after pleading guilty in a murder conspiracy case.

Shmurda, a 22-year-old Brooklyn native born Ackquille Jean Pollard, was arrested in December 2014 on a litany of charges, including conspiracy to commit murder, reckless endangerment, and drug and gun possession. New York City police accused Shmurda of being "the driving force" behind a street gang called GS9, which had been involved in a wave of shootings. Shmurda frequently rapped about drug-dealing, violence, and even murder, which police said were "almost like a real-life document of what they were doing on the street." While Shmurda himself admitted that his songs were based on real-life experiences, a New Jersey Supreme Court judge did not allow his lyrics to be admissible in court.

With the trial set to begin next Monday, Shmurda opted to accept a plea deal. Under the terms of the deal, Shmurda pled guilty to possession of a weapon and conspiracy to possess a weapon (the other charges were dropped). He will not be allowed to appeal, but will get credit for time served — nearly two years at this point — leaving five years remaining on his sentence. Following his release from prison, he'll be on probation for five additional years.

9/6/2018

Case 3:18-cv-01734-NJR-MAB   Document 18-2   Filed 04/23/19   Page 36 of 44
Case 3:18-cv-01734-NJR-MAB   Document 1-4   Filed 09/17/18   Page 6 of 13   Page ID #35
Page ID #110

## AROUND THE WEB

Powered by ZergNet



**Performers Who Died in Front of Their Audiences**

GRUNGE.COM



**10 Awful Albums That Have Only One Great Song**

DIFFUSER.FM

## AROUND THE WEB



**Shady Things Everyone Just Ignores About Tom Hanks**

NICKISWIFT.COM

**What Really Happened to Sir Mix-A-Lot**

GRUNGE.COM

## Artists

- Bobby Shurmada

## Tags

- Hip-Hop
- Prison
- Rap
- Rapper

## Categories

- News

Previous Story
Trailer for Justin Timberlake's new Netflix concert film premieres online — watch
Next Story
Check out this Jamila Woods playlist ahead of the CoS x Red Bull Sound Select Chicago show
Want more? Follow us on

- Facebook
- Twitter
- YouTube
- Google-Plus
- Tumblr
- Instagram
- Pinterest

3 comments

Required fields are marked *. Sign up or sign in to not have to fill in these fields.

9/6/2018

Case 3:18-cv-01734-NJR-MAB  Document 14  Filed 09/17/18  Page 5 of 13  Page ID #37
Case 3:18-cv-01734-NJR-MAB  Document 18-2  Filed 04/22/19  Page 38 of 44
Page ID #112

Name *

Enter your comment here

Post Comment



## Popular

- Today
- Week
- Month

1. 1
   The Cranberries singer Dolores O'Riordan died by drowning
2. 2
   Michael Moore says we have Gwen Stefani to blame for Trump's presidency
3. 3
   Fleetwood Mac debut new lineup on Ellen: Watch
4. 4
   Asia Argento claims she was sexually assaulted by 17-year-old co-star
5. 5

[Metallica cover Prince's "When Doves Cry" in Minneapolis: Watch](#)





More Stories

- [Related](#)
- [Latest](#)
- [Trending](#)

- [News](#)

# Kodak Black released from jail after seven months

In January, the 21-year-old rapper was arrested following an Instagram Live stream in which he appeared next to his child while in possession of a gun and marijuana.

*By Alex Young*, 3 weeks ago

- News

## 6ix9ine faces up to three years in prison, may have to register as sex offender

The Manhattan District Attorney says the rapper has violated a plea agreement from 2015.

*By Alex Young*, 4 weeks ago

- News

## Fyre Festival founder Billy McFarland faces 115 years in prison following latest guilty plea

McFarland pleaded guilty to selling fake tickets to major events, including Coachella and the Super Bowl.

Case 3:18-cv-01734-NJR-MAB Document 14-2 Filed 04/23/19 Page 41 of 44 Page ID #40
Case 3:18-cv-01734-NJR-MAB Document 14 Filed 09/17/18 Page 11 of 39 Page ID
Page ID #115

*By [Alex Young](#), 1 month ago*



- [News](#)

## Four men indicted in murder of XXXTentacion

[The men are all charged with first-degree murder and armed robbery.](#)

*By [Ben Kaye](#), 2 months ago*

- [News](#)

## Judge denies Meek Mill's petition for new trial

[A judge denied the rapper a retrial despite accusations of perjury against the arresting officer.](#)

*By [Ben Kaye](#), 2 months ago*

9/6/2018

Case 3:18-cv-01734-NJR-MAB    Document 14    Filed 09/17/18    Page 12 of 38    Page ID #41
Case 3:18-cv-01734-NJR-MAB    Document 18-2    Filed 04/23/19    Page 42 of 44
Page ID #116

- News

# Meek Mill has been released from prison

The Supreme Court of Pennsylvania overturned Meek Mill's controversial sentencing.

*By Alex Young*, 4 months ago

- Heavy
- Festival Outlook
- Videos

- Facebook
- Twitter
- YouTube
- Google-Plus
- Tumblr
- Instagram
- Pinterest

---

- Store
- Mobile App
- CoS Events
- Giveaways

- News
  - Tours
  - Festivals
  - Film
- New Music
  - Streams
  - Upcoming Releases
  - Top Songs of the Month
- Features
  - Reviews
  - Anniversaries
  - Interviews
  - Cover Stories

- - Editorials
    - Festival Hype
    - Lists
    - Rankings
  - Staff Lists
    - Annual Report 2016
    - Decades
    - Top 100 Albums
    - Top 100 Songs
    - Top 100 Singers
    - Top 100 Music Venues
    - Best of 2000s

- About Us
- Advertise
- Contact Us

- Privacy Policy
- Terms & Conditions
- Copyright

© 2007 - 2018 Consequence of Sound • Advertise here • Powered by WordPress.com VIP

# Create your account

| Email | Display Name | Password | Confirm password |



Finish Sign Up

# Submit Your Photo

**Title**

**Post content or file description**

**Your Media Files**

[ Choose Files ] No file chosen

[ Submit ]