# EXHIBIT C

Case 3:18-cv-01734-NJR-MAB Document 18-3 Filed 04/22/19 Page 1 of 2 Page ID #119

C                                UNITED STATES DISTRICT COURT               18-091248
                                SOUTHERN DISTRICT OF ILLINOIS

JESSE WARD

VS                                                              CASE NO. 3:18-1734

CONSEQUENCE HOLDINGS, LLC

ERIN M LANING                    Being first duly sworn on oath deposes and says that he is over the age of 21 and not a party to this cause.

That he served the within    SUMMONS IN A CIVIL CASE
                                   COMPLAINT

On the within named Defendant CONSEQUENCE HOLDINGS, LLC C/O
                            NATIONAL REGISTERED AGENTS
by leaving the above mentioned documents with
DERRICK HACKETT (INTAKE SPECIALIST/AUTHORIZED AGENT),
who is authorized to accept service of these documents on 09/25/2018, and informing that person of the contents thereof.
****************************************************************************

The Sex, Race and Approximate Age of the person with whom he left the documents were as follows:

Sex:       MALE                            Height: 5'06"
Race:      BLACK                           Weight: 130
Age:       30

The place and time of day where the documents were served was as follows:

Place:     200 W ADAMS
            CHICAGO, IL 60606
Time:      3:00PM
****************************************************************************
I certify under penalty of perjury under the laws of the United States that the foregoing is true and accurate.

Executed on 09/27/2018

                                                                PROCESS SERVER