# EXHIBIT D

UNITED STATES DISTRICT COURT
for the
Southern District of Illinois

Jesse Ward
*Plaintiff(s)*

v.

Consequence Holdings, LLC
*Defendant(s)*

Case Number: 18-1734-NJR-MAB

# **DEFAULT ENTRY BY CLERK**

Entry of default pursuant to Federal Rule of Civil Procedure 55(a) has been requested by Plaintiff(s). Because it appears from the court's record that a party has failed to plead or otherwise defend as required by the Federal Rules of Civil Procedure, default is entered against the following defendant(s): Consequence Holdings, LLC

Dated: January 25, 2019

MARGARET M. ROBERTIE, Clerk of Court

By: *s/Angela Vehlewald*
Deputy Clerk