# EXHIBIT E

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
(EAST ST. LOUIS)

| | |
|---|---|
| JESSE WARD,<br><br>         Plaintiff,<br><br>- against -<br><br><br>CONSEQUENCE HOLDINGS, INC.<br><br>         Defendant. | Docket No. 3:18-cv-01734 (NJR-MAB) |

## **[PROPOSED] DEFAULT JUDGMENT**

  This matter came before the Court on plaintiff Jesse Ward ("Plaintiff")'s motion for entry of a default judgment against defendant Consequence Holdings, Inc. ("Defendant") under Rule 55(b)(2) of the Federal Rules of Civil Procedure. After having considered the arguments and authorities submitted by the Plaintiff, the Court finds as follows:

  1. Plaintiff's complaint and summons were served on Defendant on September 25, 2018. An affidavit of service was filed with the Court on December 21, 2018.

  2. On January 25, 2019, the Clerk of the Court for the United States District Court, Southern District of Illinois entered a default against Defendant for failure to plead or otherwise defend this action.

  3. Defendant is not a minor, nor an incompetent person, nor a member of the military service of the United States.

  4. Plaintiff filed his application for entry of default judgment seeking $5,000 in actual damages and/or the infringer's profits for copyright infringement, $10,000 in statutory

damages for removal and/or alteration of copyright management information, $3375.00 in attorneys' fees, and $484.40 in costs plus interest.

    5.    On _____, the Court scheduled a hearing for Plaintiff's application. Defendant has failed to appear at the hearing or otherwise respond to Plaintiff's motion.

    **THEREFORE, IT IS ADJUDGED AND ORDERED** that Plaintiff's Application for Entry of Default Judgment is GRANTED pursuant to Fed.R.Civ.P. 55(b)(2); it is

    **FURTHER ORDERED** that the Court declares that Defendant violated Plaintiff's exclusive rights under 17 U.S.C. § 106 of the Copyright Act by engaging in unauthorized copying of Plaintiff's registered work and violated 17 U.S.C. § 1202(b) by removal and/or alteration of Plaintiff's copyright management information; it is

    **FURTHER ORDERED** that Defendant shall pay $5,000.00 in actual damages and/or infringer's profits under 17 U.S.C. § 504(b); it is

    **FURTHER ORDERED** that Defendant shall pay $10,000.00 in statutory damages under 17 U.S.C. § 1202(c)(3)(B); it is

    **FURTHER ORDERED** that Defendant shall pay $3375.00 in attorneys' fees and $484.40.00 in costs pursuant to 17 U.S.C. § 1203(b)(5); it is

    **FURTHER ORDERED,** that Defendant shall post-judgment interest under 28 U.S.C.A. § 1961; it is

    **FURTHER ORDERED** that this Court retains jurisdiction over any matter pertaining to this judgment; and it is

    **FURTHER ORDERED** that this case is dismissed and the Clerk of the Court shall remove it from the docket of the Court.

    This is a final appealable order. *See* FED. R. APP. P. 4(a).

Dated: _____            **SO ORDERED.**

_____
Nancy J. Rosenstengel (U.S.D.J.)