## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that on July 10, 2019, a true and correct copy of Plaintiff's Motion for Default Judgment [Dkt. # 17] and Memorandum of Law In Support, plus exhibits [Dkt. #18], was transmitted by U.S. mail to Defendant Consequence Holdings, LLC at the following address:

Consequence Holdings, LLC
4609 N. Wolcott Ave.
Chicago, IL 60640

/s/RichardPLiebowitz/
Richard P. Liebowitz