# UNITED STATES DISTRICT COURT

for the

Southern District of Illinois

| | | |
|---|---|---|
| Jesse Ward | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Case Number: 3:18-cv-01734-NJR-MAB |
| Consequence Holdings, Inc. | ) | |
| *Defendant(s)* | ) | |

## MOTION FOR PRO HAC VICE ADMISSION

Pursuant to Local Rule 83.1(b), the undersigned attorney moves for admission pro hac vice to the United States District Court for the Southern District of Illinois in order to appear as counsel of record in this case on behalf of Consequence Holdings, LLC.

In support of this motion, I state:

1. I am an attorney licensed to practice law and a member in good standing in the State(s) of Massachusetts. The state and federal bar numbers issued to me are: 672090 (Mass./ D. Mass.); 1155151 (1st Circuit).

2. I am familiar with the law, facts, and procedures relating to the subject matter of this litigation.

Accordingly, I ask to be admitted pro hac vice before this court.

Signed on: 8/2/2019
Date

Signature of Movant

60 Thoreau Street #121
Street Address

Dan Booth
Printed Name

Concord, MA 01742
City, State, Zip