# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JESSE WARD, ) | |
| ) | |
| Plaintiff, ) | Civil No. 3:18-cv-01734-NJR-MAB |
| v. ) | |
| ) | **ENTRY OF APPEARANCE** |
| CONSEQUENCE HOLDINGS, INC., ) | |
| ) | |
| Defendant. ) | |

To the Clerk of Court and all parties of record:

The undersigned attorney hereby enters his appearance as counsel for defendant Consequence Holdings, LLC.

Dated: August 2, 2019

    Respectfully submitted,

    / s /  Dan Booth
    Dan Booth
    Dan Booth Law LLC
    60 Thoreau Street #121
    Concord, MA 01742
    dan@danboothlaw.com

    *Counsel for Defendant*
    *Consequence Holdings, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on this August 2, 2019, I filed the foregoing entry of appearance electronically via the Court's ECF system, and thereby caused a true and correct copy of said document to be served on each other party registered through ECF.

    / s /  Dan Booth