
CT Corporation

**Service of Process Transmittal**
09/25/2018
CT Log Number 534118743

TO: MICHAEL ROFFMAN
CONSEQUENCE HOLDINGS, LLC
4609 N WOLCOTT AVE
CHICAGO, IL 60640-4303

RE: **Process Served in Illinois**

FOR: CONSEQUENCE HOLDINGS, LLC (Domestic State: IL)
*According to our records representation services for this entity have been discontinued in this jurisdiction.*

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| TITLE OF ACTION: | JESSE WARD, Pltf. vs. CONSEQUENCE HOLDINGS, LLC, Dft. |
| DOCUMENT(S) SERVED: | Letter, Summons, Complaint, Exhibit(s) |
| COURT/AGENCY: | SOUTHERN DISTRICT OF ILLINOIS - UNITED STATES DISTRICT COURT, IL<br>Case # 318CV01734NJRDGW |
| NATURE OF ACTION: | Intellectual Property Litigation - Copyright infringement |
| ON WHOM PROCESS WAS SERVED: | National Registered Agents, Inc., Chicago, IL |
| DATE AND HOUR OF SERVICE: | By Process Server on 09/25/2018 at 15:45 |
| JURISDICTION SERVED: | Illinois |
| APPEARANCE OR ANSWER DUE: | Within 21 days after service of this Summons on you (not counting the day you received it) |
| ATTORNEY(S) / SENDER(S): | Richard Liebowitz<br>LIEBOWITZ LAW FIRM, PLLC<br>11 Sunrise Plaza, Suite 305<br>Valley Stream, NY 11580<br>516-233-1660 |
| REMARKS: | Delay due to incorrect address on file. Updated address obtained. Delivery re-attempted. |
| ACTION ITEMS: | SOP Papers with Transmittal, via UPS Next Day Air, 1ZX212780103365818 |
| SIGNED:<br>ADDRESS: | National Registered Agents, Inc.<br>208 South LaSalle Street<br>Suite 814<br>Chicago, IL 60604 |
| TELEPHONE: | 312-345-4336 |

Page 1 of 1 / NK

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of package only, not contents.