**UNITED STATES POSTAL SERVICE**

Date Produced: 11/05/2018

C2M LLC:

The following is the delivery information for Certified Mail™/RRE item number 9214 8901 3247 3400 0787 5505 59. Our records indicate that this item was delivered on 10/29/2018 at 12:35 p.m. in VALLEY STREAM, NY 11580. The scanned image of the recipient information is provided below.

Signature of Recipient : 

Address of Recipient :

Thank you for selecting the Postal Service for your mailing needs. If you require additional assistance, please contact your local post office or Postal Service representative.

Sincerely,
United States Postal Service

The customer reference number shown below is not validated or endorsed by the United States Postal Service. It is solely for customer use.

Customer Reference Number:        227097