

Dan Booth Law LLC
60 Thoreau Street #121
Concord, MA 01742

STATEMENT OF ACCOUNT FOR PROFESSIONAL SERVICES RENDERED

Date:     September 9, 2019
Client:   Consequence Holdings LLC
Matter:   Ward v. Consequence Holdings LLC
For:      Legal Services Rendered Through September 9, 2019

| Date | Hours | Description of Legal Services |
|---|---|---|
| 8/01/19 | 0.2 | emails with AY re service and communications with RL |
| | 0.1 | review docket |
| | 0.2 | review S.D. Ill. local rules |
| | 0.4 | draft Rule 68 letter for AY to send to RL |
| | 6.1 | begin draft memo ISO motion to set aside - introduction, background section, begin good cause section |
| 8/2/19 | 0.6 | legal research re Rule 55 cases in Seventh Circuit, |
| | 0.5 | legal research re DMCA removal, double-scienter |
| | 8.2 | draft memo ISO motion to set aside |
| | 0.7 | draft Young declaration |
| | 0.3 | draft Booth declaration |
| | 0.2 | prepare exhibits for declarations |
| | 0.2 | draft motion to set aside |
| | 0.3 | draft notice of appearance and motion for leave to appear PHV |
| | 0.3 | file via ECF: appearance, PHV motion, motion to set aside, memo with declarations and exhibits |
| 8/3/19 | 3.0 | draft response in opposition to motion for default judgment |
| | 0.1 | file response to motion for default judgment |
| 8/19/19 | 0.1 | review order setting aside default |
| | 0.4 | emails with clients re RL missed deadlines to oppose motion to set aside, order setting aside default, Rule 68 offer |
| | 0.2 | draft Rule 68 offer |
| | 0.3 | emails with RL re dismissal or transfer, Rule 68 offer |
| 8/28/19 | 0.1 | review NDIL Liebowitz cases |
| | 0.3 | research prior uses of Shmurda photo |
| | 0.3 | emails with client re NDIL Liebowitz cases and SDIL/NDIL strategy |
| 8/29/19 | 2.0 | draft motion to dismiss/fact section |
| | 0.5 | research Seventh Circuit precedent for 12(b)(2)/12(b)(3) |
| | 0.8 | research Seventh Circuit precedent re Section 1927 & inherent authority sanctions |
| | 0.4 | draft legal standards section |
| | 1.1 | draft opening and argument introduction |
| 8/30/19 | 4.2 | draft motion to dismiss argument section |
| | 1.9 | draft Section 1927 argument section re improper venue |



Dan Booth Law LLC
60 Thoreau Street #121
Concord, MA 01742

| | | |
|---|---|---|
| 9/3/19 | 2.2 | draft Section 1927 argument section re bad faith litigation conduct |
| | 2.3 | research and draft Section 1927 argument section re Liebowitz litigation |
| 9/4/19 | 4.0 | draft Section 1927 argument re application of statute/precedent |
| 9/5/19 | 0.4 | research Liebowitz prior venue transfer cases |
| | 2.4 | research and draft argument re propriety of fees and costs requested |
| | 1.4 | revise motion to dismiss/Section 1927 motion |
| 9/6/19 | 1.3 | draft declaration in support of motion |
| | 0.3 | emails with client re motion to dismiss/Section 1927 motion |
| | 0.6 | revise motion to dismiss/Section 1927 motion |
| 9/9/19 | 0.2 | file motion to dismiss/Section 1927 motion and supporting documents |
| | 49.5 | |

| | |
|---|---|
| Dan Booth hours | 49.50 |
| Hourly rate | $ 425.00 |
| Attorney services | $ 21,037.50 |

**Additional Expenses**

| | | |
|---|---|---|
| 10/25/18 | USPS/First class certified mail to Liebowitz | $ 7.76 |
| 08/01/19 | Lexis/monthly legal research | $ 10.00 |
| | PACER/docket and default filings, Mango | $ 0.70 |
| | ILSD/Pay.gov fee for pro hac vice admission | $ 200.00 |
| 08/02/19 | PACER/entry of default, Geerds | $ 1.60 |
| 08/29/19 | PACER/other S.D. Ill. Liebowitz cases | $ 1.00 |
| 09/01/19 | Lexis/monthly legal research | $ 10.00 |
| 09/03/19 | PACER/docket & default judgment filings | $ 1.40 |
| 09/04/19 | PACER/Pena, other venue cases | $ 1.70 |
| 09/05/19 | PACER/ other N.D. Ill. Liebowitz cases | $ 0.80 |
| Expenses | | $ 234.96 |

**Total**

| | |
|---|---|
| Attorney services | $ 21,037.50 |
| Expenses | $ 234.96 |
| Total | $ 21,272.46 |