UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JESSE WARD<br><br>　　　　　　　　Plaintiff,<br><br>v.<br><br>CONSEQUENCE HOLDINGS, LLC<br><br>　　　　　　　　Defendant. | NOTICE OF DISMISSAL OF CIVIL ACTION WITHOUT PREJUDICE (FRCP 41(a)(1)(A)(ii))<br><br>Case No.: 3:18-cv-1734-JNR-MAB |

　　　　IT IS HEREBY NOTICED, that the above case should be dismissed without prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

/s/Richard Liebowitz
Richard Liebowitz
Liebowitz Law Firm, PLLC
11 Sunrise Plaza, Suite 305
Valley Stream, NY 11580
Tel: (516) 233-1660
RL@LiebowitzLawFirm.com

Dated: September 9, 2019
*Attorneys for Plaintiff Jesse Ward*