IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

JESSE WARD,

    Plaintiff,

v.

CONSEQUENCE HOLDINGS, LLC,

    Defendant.

Case No. 18-CV-1734-NJR-MAB

## JUDGMENT IN A CIVIL ACTION

**DECISION BY THE COURT.**

This matter having come before the Court, and the Court having rendered a decision,

**IT IS ORDERED AND ADJUDGED** that pursuant to the Notice of Voluntary Dismissal (Doc. 31) and the Order dated September 11, 2019 (Doc. 32), this action was voluntarily **DISMISSED without prejudice** pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

DATED: September 11, 2019

    MARGARET M. ROBERTIE,
    Clerk of Court

    By:  s/ *Deana Brinkley*
          **Deputy Clerk**

**APPROVED:** s/ *Nancy J. Rosenstengel*
                 NANCY J. ROSENSTENGEL
                 Chief U.S. District Judge