UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| JESSE WARD,<br><br>                                            Plaintiff,<br><br>  - against -<br><br>CONSEQUENCE HOLDINGS, LLC and ALEXANDER YOUNG<br><br>                                            Defendant. | | Docket No. 1:19-cv-6050<br><br>**NOTICE OF DISMISSAL OF CIVIL ACTION WITHOUT PREJUDICE (FRCP 41(a)(1)(A)(i))** |

      IT IS HEREBY NOTICED, that the above case should be dismissed without prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

/s/Richard Liebowitz
Richard Liebowitz
Liebowitz Law Firm, PLLC
11 Sunrise Plaza, Suite 305
Valley Stream, NY 11580
Tel: (516) 233-1660
RL@LiebowitzLawFirm.com

Dated: January 8, 2020

*Attorneys for Plaintiff Jesse Ward*