UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
(EAST ST. LOUIS)

| | |
|---|---|
| JESSE WARD<br><br>　　　　　　　　Plaintiff,<br><br>　- against –<br><br>CONSEQUENCE HOLDINGS, LLC<br><br>　　　　　　　　Defendant. | Docket No. 3:18-cv-01734 (NJR-MAB)<br><br>**DECLARATION OF<br>RICHARD LIEBOWITZ** |

　　　　I, RICHARD LIEBOWITZ, hereby declares under the penalty of perjury that the following statements are true and correct to the best of my personal knowledge.

　　　　1.　　I am counsel for Plaintiff Jesse Ward ("Plaintiff") in this action.

　　　　2.　　I submit this declaration in support of Plaintiff's motion to vacate the Court's Order, dated May 7, 2020, under Rule 60(b)(1) of the Federal Rules of Civil Procedure.

　　　　3.　　Attached as Exhibit A is a true and correct copy of the Certificate of Dissolution of Consequence Holdings, LLC, dated August 9, 2019, as issued by the Office of Secretary of State for the State of Illinois.

　　　　4.　　Attached as Exhibit B is a true and correct copy of the Application for Reinstatement of Consequence Holdings, LLC, dated January 16, 2020, as issued by the Office of Secretary of State for the State of Illinois.

　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　**s/richardliebowitz/**
　　　　　　　　　　　　　　　　　　　　　Richard Liebowitz, Esq.