# EXHIBIT A



# OFFICE OF THE SECRETARY OF STATE
## JESSE WHITE-Secretary of State

```
                                                    0293444-2
                                                    JUNE 02, 2020
```

RL@LIEBOWITZLAWFIRM.COM


RE CONSEQUENCE HOLDINGS, LLC

DEAR SIR OR MADAM:

ENCLOSED PLEASE FIND THE CERTIFIED COPY REQUESTED CONCERNING THE ABOVE REFERENCED LIMITED LIABILITY COMPANY.

THE ATTACHED WAS ASSIGNED AUTHENTICATION NUMBER 2015402223.

THE REQUIRED FEE IS HEREBY ACKNOWLEDGED.

SINCERELY YOURS,



JESSE WHITE
SECRETARY OF STATE

DEPARTMENT OF BUSINESS SERVICES
LIMITED LIABILITY COMPANY DIVISION
TELEPHONE: (217)524-8008

JW:LLC

*File Number*     0293444-2



# To all to whom these Presents Shall Come, Greeting:

*I, Jesse White, Secretary of State of the State of Illinois, do hereby certify that I am the keeper of the records of the Department of Business Services. I certify that*

ATTACHED HERETO IS A TRUE AND CORRECT COPY, CONSISTING OF 1 PAGE(S), AS TAKEN FROM THE ORIGINAL ON FILE IN THIS OFFICE FOR CONSEQUENCE HOLDINGS, LLC.



**In Testimony Whereof,** *I hereto set my hand and cause to be affixed the Great Seal of the State of Illinois, this*    2ND    *day of*    JUNE    A.D.    2020 .

Authentication #: 2015402223 verifiable until 06/02/2021.
Authenticate at: http://www.cyberdriveillinois.com

*Jesse White*

SECRETARY OF STATE

FILE #: 02934442



OFFICE OF THE SECRETARY OF STATE

SPRINGFIELD, ILLINOIS 62756

**JESSE WHITE**
SECRETARY OF STATE

Certificate of Dissolution

Whereas, it appears that

CONSEQUENCE HOLDINGS, LLC
NATIONAL REGISTERED AGENTS INC
200 WEST ADAMS STREET
CHICAGO IL   60606


Being a Limited Liability Company authorized under the laws of the State of Illinois relating to domestic Limited Liability Companies, has failed to

File the 2019 Annual Report

as required by Section  50-1 of the Illinois Limited Liability Company Act; and whereas said Act further provides that upon failure to

File the 2019 Annual Report

the Secretary of State may dissolve the Limited Liabilty Company.

Now therefore in accordance with Section 35-30 of the Illinois Limited Liabilty Company Act the Secretary of State of the State of Illinois does hereby dissolve said

CONSEQUENCE HOLDINGS, LLC

in pursuance of the provisions of the aforesaid Act.

Done at the City of Springfield, this  9th Day of August 2019.


Jesse White
Secretary of State
State of Illinois
Business Services Department
Limited Liabilty Division
351 Howlett Building
Springfield, IL 62756
(217) 524-8008
www.cyberdriveillinois.com



000004