# EXHIBIT B



# OFFICE OF THE SECRETARY OF STATE

## JESSE WHITE-Secretary of State

0293444-2
JUNE 02, 2020

RL@LIEBOWITZLAWFIRM.COM

RE CONSEQUENCE HOLDINGS, LLC

DEAR SIR OR MADAM:

ENCLOSED PLEASE FIND THE CERTIFIED COPY REQUESTED CONCERNING THE ABOVE
REFERENCED LIMITED LIABILITY COMPANY.

THE ATTACHED WAS ASSIGNED AUTHENTICATION NUMBER 2015402227.

THE REQUIRED FEE IS HEREBY ACKNOWLEDGED.

SINCERELY YOURS,

JESSE WHITE
SECRETARY OF STATE

DEPARTMENT OF BUSINESS SERVICES
LIMITED LIABILITY COMPANY DIVISION
TELEPHONE: (217)524-8008

JW:LLC

*File Number*          0293444-2



# To all to whom these Presents Shall Come, Greeting:

*I, Jesse White, Secretary of State of the State of Illinois, do hereby certify that I am the keeper of the records of the Department of Business Services. I certify that*

ATTACHED HERETO IS A TRUE AND CORRECT COPY, CONSISTING OF 1 PAGE(S), AS TAKEN FROM THE ORIGINAL ON FILE IN THIS OFFICE FOR CONSEQUENCE HOLDINGS, LLC.



## In Testimony Whereof, *I hereto set my hand and cause to be affixed the Great Seal of the State of Illinois, this* 2ND *day of* JUNE *A.D.* 2020 .

Authentication #: 2015402227 verifiable until 06/02/2021.
Authenticate at: http://www.cyberdriveillinois.com

*Jesse White*

SECRETARY OF STATE

Form **LLC-35.40/ 45.65**    July 2017

**Illinois Limited Liability Company Act**
**Application for Reinstatement Following Administrative Dissolution or Revocation**

FILE # 02934442

This space for use by Secretary of State.

Secretary of State
Department of Business Services
Limited Liability Division
501 S. Second St., Rm. 351
Springfield, IL 62756
217-524-8008
www.cyberdriveillinois.com

**SUBMIT IN DUPLICATE**

Type or print clearly.

**FILED**

JAN 1 6 2020

**JESSE WHITE SECRETARY OF STATE**

Total payment must be made by certified check, cashier's check, Illinois attorney's check, Illinois C.P.A.'s check or money order payable to Secretary of State.

Filing Fee: $200
Approved:

LC0351260

1. Limited Liability Company name as of the date of issuance of Notice of Dissolution or Revocation:

   Consequence Holdings, LLC

2. If applicable, new name of Limited Liability Company (Form LLC 5.25 or LLC 45.25 must accompany this application):

3. State of organization:    Illinois

4. Date Notice of Dissolution or Revocation issued:    08/09/2019

5. Registered agent:    National Registered Agents, Inc.

| First Name | Middle Initial | Last Name |
|---|---|---|

Registered office:    200    West Adams Street

| Number | Street | Suite # |
|---|---|---|

(P.O. Box alone or c/o is unacceptable.)    Chicago    IL    60606

| City | | ZIP Code |
|---|---|---|

**Note:** If the registered agent and/or office address has changed since dissolution or revocation, complete form LLC 1.36/1.37 and submit with this application.

This application is accompanied by all amendments necessary to change, add or remove an existing provision, by all delinquent reports, information requirements and registrations due and therefore becoming due, together with all fees and penalties required.

I affirm under penalties of perjury, having authority to sign hereto, that this application for reinstatement is to the best of my knowledge and belief, true, correct and complete.

**PAID**

JAN 2 1 2020

**DEPARTMENT OF BUSINESS SERVICES**

Dated:  01/07    ,    2020

| Month/Day | Year |
|---|---|

Signature

Alexander Young, Manager
Name and Title (type or print)

Consequence Holdings, LLC

If applicant is signing for a company or other entity, state name of company or entity.

Printed by authority of the State of Illinois, December 2017 — 1 — LLC 8.11

JL050 · 12/21/2017 Wolters Kluwer Online