UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
(EAST ST. LOUIS)

| | |
|---|---|
| JESSE WARD<br><br>        Plaintiff,<br><br>- against -<br><br><br>CONSEQUENCE HOLDINGS, LLC<br><br>        Defendant. | Docket No. 3:18-cv-01734<br>(NJR-DGW) |

**DECLARATION OF COUNSEL RE: PROOF OF PAYMENT**

I, RICHARD LIEBOWITZ, declare under the penalty of perjury that the following is true and correct to the best of my personal knowledge.

1. I am counsel for Plaintiff Jesse Ward ("Plaintiff") in this action.

2. I hereby attest that I am in compliance with the Court's Order, dated June 8, 2020 [Dkt. #43]

3. On June 8, 2020, I paid the Clerk of Court in the amount of $833.33, which has been noted on the record.

4. On June 8, 2020, I also mailed a check for the amount of $833.33 to counsel for defendant via U.S. Mail:

   Daniel G. Booth
   Dan Booth Law LLC
   60 Thoreau Street
   Suite 121

Concord, MA 01742

Dated:  June 9, 2020
       Valley Stream, NY                           Respectfully submitted:

**/s/richardliebowitz/**
Richard Liebowitz
LIEBOWITZ LAW FIRM, PLLC
11 Sunrise Plaza, Suite 305
Valley Stream, NY 11580
516-233-1660
RL@LiebowitzLawFirm.com

*Attorneys for Plaintiff*
*Jesse Ward*