UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
(ST. LOUIS)

| | |
|---|---|
| JESSE WARD<br><br>       Plaintiff,<br><br>- against -<br><br>CONSEQUENCE HOLDINGS, LLC<br><br>       Defendant. | Docket No. 3:18-cv-01734-NJR-MAB |

**DECLARATION OF COUNSEL RE: PROOF OF PAYMENT**

I, RICHARD LIEBOWITZ, declare under the penalty of perjury that the following is true and correct to the best of my personal knowledge.

1. I am counsel for Plaintiff Jesse Ward ("Plaintiff") in this action.

2. I hereby attest that as of June 15, 2020, I and Liebowitz Law Firm, PLLC, jointly and severally (collectively "LLF"), have remitted payment in full in the amount of $10,000 to the Clerk of Court for the United States District Court - Southern District of Illinois plus $10,000 to Defendant Consequence Holdings, LLC in compliance with the Court's Order, dated May 7, 2020. [Dkt. #39]

3. I respectfully certify that all monetary obligations imposed on LLF by the Court's order [Dkt. # 39] have been paid.

4. Accordingly, concurrently herewith, LLF shall file a motion to withdraw Plaintiff's motion to set a one-year installment payment plan. [Dkt. #42]

Dated: June 15, 2020
      Valley Stream, NY

Respectfully submitted:

**/s/richardliebowitz/**
Richard Liebowitz
LIEBOWITZ LAW FIRM, PLLC
11 Sunrise Plaza, Suite 305
Valley Stream, NY 11580
516-233-1660
RL@LiebowitzLawFirm.com

*Attorneys for Plaintiff*
*Jesse Ward*