UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
(ST. LOUIS)

JESSE WARD

                    Plaintiff,

  - against -

CONSEQUENCE HOLDINGS, LLC

                  Defendant.

Docket No. 3:18-cv-01734-NJR-MAB

## PLAINTIFF'S MOTION TO WITHDRAW MOTION TO SET INSTALLMENT PAYMENT PLAN

      Plaintiff Jesse Ward ("Plaintiff"), via counsel, respectfully moves the Court to withdraw and terminate his motion to set a one-year installment payment plan at Docket #42.

      On June 8, 2020, the Court set a response deadline for the motion of June 22, 2020 [Dkt. #43]. Defendant Consequence Holdings, LLC ("Defendant") has not yet filed a response.

      As good faith grounds for the present motion to withdraw, Plaintiff's counsel, Richard Liebowitz, has certified on the record [Dkt. #45] that, as of June 15, 2020, all monetary obligations imposed on Mr. Liebowitz and the Liebowitz Law Firm, PLLC (collectively "LLF") by the Court's order dated May 7, 2020 [Dkt. #39] have been paid. The amount of $10,000 has been paid to the Clerk of Court, as reflected on the docket, plus $10,000 has been paid to Defendant.

      Dated: June 15, 2020
            Valley Stream, NY                    Respectfully submitted:

**/s/richardliebowitz/**
Richard Liebowitz
LIEBOWITZ LAW FIRM, PLLC
11 Sunrise Plaza, Suite 305
Valley Stream, NY 11580
516-233-1660
RL@LiebowitzLawFirm.com

*Attorneys for Plaintiff*
*Jesse Ward*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing motion was served on June 15, 2020 via CM/ECF on all counsel of record, including Dan Booth, Esq.

/s/richardliebowitz/